UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

MOUNTAIN WEST HELICOPTERS LLC, :
LONG-LINE LEASING LLC, :
HELOG AG and HELI-AIR ZAGEL :
LUFTTRANSPORT AG, :
:
      Plaintiffs, :
:
vs. :
: CASE NO. 3:01-CV-1746 (AVC)
KAMAN AEROSPACE CORPORATION :
and JOHN DOES I THROUGH V, : April 26, 2004
:
Defendants. :

## JOINT MOTION FOR STAY/EXTENSION OF TIME

Plaintiffs Mountain West Helicopters LLC, Long-Line Leasing LLC, Helog AG and Heli-Air Zagel Lufttransport AG and defendant Kaman Aerospace Corporation jointly move for a thirty (30) day stay/extension of proceedings to permit the parties to continue settlement discussions.[1] In this case, plaintiffs seek recovery for damages related to two separate helicopter accidents (one in Austria and one in Idaho). On March 9, 2004 the Court issued its ruling on defendant Kaman Aerospace Corporation's motion to dismiss. The March 9 Ruling provided guidance regarding theories of recovery in this case. Since receiving Your Honor's Ruling, the parties have begun settlement discussions and believe that a brief stay/extension of proceedings would permit the parties to focus their energy and attention on seeing if this matter can be resolved at this time. If a settlement is not reached (or does not appear likely) by the end of the

---

[1] The parties request that the stay/extension include compliance with the Court's March 31, 2004 Pretrial Order (which has an April 30, 2004 compliance date).

stay, the parties would then respectfully request a conference with the Court to discuss scheduling further proceedings in this matter.

Respectfully submitted,

**PLAINTIFFS**
**MOUNTAIN WEST HELICOPTERS LLC,**
**LONG-LINE LEASING LLC,**
**HELOG AG and**
**HELI-AIR ZAGEL LUFTTRANSPORT AG**

By: _____/TAD_____
Robert S. Young (ct 21935)
Law Offices of Robert S. Young, L.C.
800 McIntyre Building
68 South Main Street
Salt Lake City, UT 84101
ph. (801) 531-8300
fax (801) 359-7233

**DEFENDANT**
**KAMAN AEROSPACE CORPORATION**

By: _____
Timothy A. Diemand (ct 18075)
Wiggin and Dana LLP
One City Place
185 Asylum Street
Hartford, CT 06103
ph. (860) 297-3700
fax (860) 525-9380
e-mail tdiemand@wiggin.com

\14658\2\461593.1

2