UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2004 APR 26  P 2: 56
U.S. DISTRICT COURT
HARTFORD, CT.

MOUNTAIN WEST HELICOPTERS LLC, :
LONG-LINE LEASING LLC, :
HELOG AG and HELI-AIR ZAGEL :
LUFTTRANSPORT AG, :

    Plaintiffs, :

vs. :

            CASE NO. 3:01-CV-1746 (AVC)

KAMAN AEROSPACE CORPORATION :
and JOHN DOES I THROUGH V, :  April 26, 2004

    Defendants. :

### JOINT MOTION FOR STAY/EXTENSION OF TIME

Plaintiffs Mountain West Helicopters LLC, Long-Line Leasing LLC, Helog AG and Heli-Air Zagel Lufttransport AG and defendant Kaman Aerospace Corporation jointly move for a thirty (30) day stay/extension of proceedings to permit the parties to continue settlement discussions.[1] In this case, plaintiffs seek recovery for damages related to two separate helicopter accidents (one in Austria and one in Idaho). On March 9, 2004 the Court issued its ruling on defendant Kaman Aerospace Corporation's motion to dismiss. The March 9 Ruling provided guidance regarding theories of recovery in this case. Since receiving Your Honor's Ruling, the parties have begun settlement discussions and believe that a brief stay/extension of proceedings would permit the parties to focus their energy and attention on seeing if this matter can be

```
3:01CV1746(AVC).  April 27, 2004.  Construed as a motion for an
extension of time, the motion (document no. 34) is GRANTED as
follows:  The parties shall have to and including June 30, 2004 to
file their trial memorandum.
SO ORDERED.

                Alfred V. Covello, U.S.D.J.
```