UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MOUNTAIN WEST HELICOPTERS, LLC,:<br>LONG-LINE LEASING, LLC,<br>HELOG AG and HELI-AIR ZAGEL<br>LUFTTRANSPORT AG,<br><br>        Plaintiffs,<br><br>vs.<br><br>KAMAN AEROSPACE CORPORATION<br>and JOHN DOES I THROUGH V,<br><br>        Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: CASE NO. 3:01-CV-1746 (AVC)<br>:<br>: June 30, 2004<br>:<br>: |

## APPEARANCE

To the Clerk of this Court and all counsel of record:

    Please enter my appearance in this action as counsel to defendant Kaman Aerospace Corporation.

                                            Respectfully submitted,

                                            Aaron Singer (ct25515)
                                            Wiggin and Dana LLP
                                            265 Church Street
                                            New Haven, CT  06508
                                            Phone:  (203) 498-4400
                                            Fax No. (203) 498-2889
                                            Email:  asinger@wiggin.com

## **CERTIFICATION**

      This is to certify that on June 30, 2004 a copy of the foregoing **APPEARANCE** was mailed via first-class mail, postage prepaid on the date indicated, to the following counsel of record:

Robert S. Young, Esq.
Law Offices of Robert S. Young
800 McIntyre Building
68 South Main Street
Salt Lake City, UT 84101

Timothy A. Bishop, Esq.
Bishop & Jackson, LLC
80 Ferry Blvd., Suite 103
Stratford, CT 06615

_____
Aaron Singer

\9569\8\88365.1