UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2004 JUN -8 P 1: 21
U.S. DISTRICT COURT
HARTFORD, CT.

MOUNTAIN WEST HELICOPTERS, LLC,:
LONG-LINE LEASING, LLC,
HELOG AG and HELI-AIR ZAGEL
LUFTTRANSPORT AG,

           Plaintiffs,

vs.

KAMAN AEROSPACE CORPORATION
and JOHN DOES I THROUGH V,

Defendants.

CASE NO. 3:01-CV-1746 (AVC)

June 8, 2004

### KAMAN AEROSPACE CORPORATION'S MOTION FOR SCHEDULING ORDER

On March 9, 2004 the Court issued its ruling on Kaman Aerospace Corporation's ("Kaman") motion to dismiss. Although denying Kaman's motion, the Court noted that some of the damages claimed by Plaintiffs are not recoverable. See March 9 Ruling at 14, n.4 ("The plaintiffs also seek damages for various consequential economic losses. There is generally no dispute . . . that such claims are not permitted . . ."). However, the Court indicated that it will not "pick through the complaint" to determine what claims for damages are and are not recoverable, as such an exercise was "for another day." Id. Kaman proposes the following streamlined approach for reaching that day and respectfully asks the Court to issue the scheduling order outlined below.

Before embarking on an expensive and protracted trial related to the cause of two

FILED 2004 JUL -1 A 11:57 U.S. DISTRICT COURT HARTFORD, CT.

3:01CV1746(AVC). June 29, 2004. The defendant's motion for an extension of time (document no. 36) is DENIED as moot.

SO ORDERED