

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

MOUNTAIN WEST HELICOPTERS, LLC,:
LONG-LINE LEASING, LLC,
HELOG AG and HELI-AIR ZAGEL
LUFTTRANSPORT AG,

          Plaintiffs,

vs.

KAMAN AEROSPACE CORPORATION
and JOHN DOES I THROUGH V,

          Defendants.

CASE NO. 3:01-CV-1746 (AVC)

June 23, 2004



## JOINT MOTION FOR SCHEDULING ORDER

Defendant Kaman Aerospace Corporation and plaintiffs Mountain West Helicopters, LLC, Long Line Leasing, LLC, Helog AG and Heli Air Zagel Lufttransport AG (collectively "the Parties") hereby respectfully move for the court to enter a scheduling order in this matter.

On March 9, 2004 the Court issued its ruling denying Kaman Aerospace Corporation's motion to dismiss. In its ruling, the Court declined to "pick through the complaint" to determine what claims for damages are and are not recoverable, as such an exercise was "for another day." See March 9 Ruling at 14, n.4. Kaman contends that, as a matter of law, some (if not all) of the damages claimed by Plaintiff are not recoverable. Plaintiffs disagree and believe that their

---

3:01CV1746(AVC).  June 29, 2004.  The joint motion to modify the
scheduling order (document no. 37) is GRANTED as follows: (1) The
plaintiff shall provide the defendant with a damage analysis
pursuant to Fed. R. Civ. P. 26(a)(1)(C) on or before July 6,
2004; (2) <u>all</u> discovery relating to the issue of damages shall be
completed by August 6, 2004; (2) all motions, except motions <u>in
limine</u> incident to a trial, shall be filed on or before September
6, 2004.
SO ORDERED.

          Alfred V. Covello, U.S.D.J.