

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

MOUNTAIN WEST HELICOPTERS, LLC,
A Utah Limited Liability Company; LONG-
LINE LEASING, LLC, a Utah Limited
Liability Company; HELOG AG, a Foreign
Corporation; and HELI-AIR ZAGEL
LUFTTRANSPORT AG, a Foreign
Corporation,

        Plaintiffs,

v.

KAMEN AEROSAPCE CORPORATION, a
Delaware Corporation and JOHN DOES I
Through V,

        Defendants.

Case No.: 301 CV 1746 (AVC)

August 9, 2004

## APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for the Plaintiffs, in addition to Robert S. Young, and in lieu of Timothy A. Bishop.

BY _____
Michael S. Casey
Bishop, Jackson & Kelly, LLC
80 Ferry Boulevard, Suite 103
Stratford, CT 06615
Telephone No.: (203) 386-1282
Facsimile: (203) 386-1795
E-mail: msc@bjklaw.us
Federal Bar No.: ct25116

## CERTIFICATION

This is to certify that the foregoing Appearance was mailed on this date to the following:

Robert S. Young, Esq.
Law Offices of Robert S. Young
800 McIntyre Building
68 South Main Street
Salt Lake City, UT 84101

Timothy A. Bishop, Esq.
Bishop, Jackson & Kelly, LLC
80 Ferry Boulevard, Suite 103
Stratford, CT 06615

Shaun S. Sullivan, Esq.
Timothy A. Diemand, Esq.
Wiggin & Dana, LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508

_____
Michael S. Casey