UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

MOUNTAIN WEST HELICOPTERS, LLC,: 
LONG-LINE LEASING, LLC, :
HELOG AG and HELI-AIR ZAGEL :
LUFTTRANSPORT AG, :
              Plaintiffs, :
vs. :   CASE NO. 3:01-CV-1746 (AVC)
KAMAN AEROSPACE CORPORATION :
and JOHN DOES I THROUGH V, :   September 7, 2004
              Defendants. :

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

    Pursuant to Fed. R. Civ. P. Rule 6(b), Kaman Aerospace Corporation ("Kaman") respectfully moves for a three-day extension, from September 7, 2004 to September 10, 2004, of the deadline for filing dispositive motions on the issue of damages. Plaintiffs consent to this request for a brief extension.

    By Order dated June 29, 2004, the Court set out a schedule for the completion of discovery and dispositive motions on the issue of damages in this case. Under the June 29 Order, discovery on the issue of damages was to be completed by August 6, and all motions for summary judgment on the issue of damages were to be filed on or before September 6 (extended to September 7 because of the Labor Day holiday). Plaintiffs provided initial responses to Kaman's damage discovery on August 6. As of August 6, plaintiffs Helog AG and Heli-Air Zagel Luftransport AG's ("Helog") responses were unverified, and were provided to Kaman by Helog's counsel subject to modification upon his client's final review. To date, Helog has not provided final verified responses to Kaman's damage discovery, but Helog's counsel represents

that it will do so imminently. Completion of Kaman's motion for summary judgment depends on receiving Helog's final responses.

WHEREFORE, Kaman respectfully requests that the Court extend the deadline for filing dispositive motions on the issue of damages from September 7, 2004 to September 10, 2004.

Respectfully submitted,

_____
Timothy A. Diemand (ct 18075)
Aaron Singer (ct 25515)
Wiggin and Dana LLP
One CityPlace
185 Asylum Street
Hartford, CT 06103-3402
Tel. (860) 297-3700
Fax (860) 525-9380
tdiemand@wiggin.com
asinger@wiggin.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Unopposed Motion for Extension of Time was sent by facsimile and first class mail, postage prepaid, on this 7th day of September, 2004 to:

Robert S. Young, Esq.
Law Offices of Robert S. Young, L.C.
800 McIntyre Building
68 South Main Street
Salt Lake City, UT 84101

Timothy A. Bishop, Esq.
Bishop & Jackson, LLC
80 Ferry Blvd., Suite 103
Stratford, CT 06615

_____
Timothy A. Diemand