UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2004 SEP -7 P 4: 03
US DISTRICT COURT
HARTFORD CT

MOUNTAIN WEST HELICOPTERS, LLC,:
LONG-LINE LEASING, LLC,
HELOG AG and HELI-AIR ZAGEL
LUFTTRANSPORT AG,

        Plaintiffs,

vs.

KAMAN AEROSPACE CORPORATION
and JOHN DOES I THROUGH V,

        Defendants.

CASE NO. 3:01-CV-1746 (AVC)

September 7, 2004

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. Rule 6(b), Kaman Aerospace Corporation ("Kaman") respectfully moves for a three-day extension, from September 7, 2004 to September 10, 2004, of the deadline for filing dispositive motions on the issue of damages. Plaintiffs consent to this request for a brief extension.

By Order dated June 29, 2004, the Court set out a schedule for the completion of discovery and dispositive motions on the issue of damages in this case. Under the June 29 Order, discovery on the issue of damages was to be completed by August 6, and all motions for summary judgment on the issue of damages were to be filed on or before September 6 (extended to September 7 because of the Labor Day holiday). Plaintiffs provided initial responses to Kaman's damage discovery on August 6. As of August 6, plaintiffs Helog AG and Heli-Air Zagel Luftransport AG's ("Helog") responses were unverified, and were provided to Kaman by Helog's counsel subject to modification upon his client's final review. To date, Helog has not provided final verified responses to Kaman's damage discovery, but Helog's counsel represents

September 8, 2004. GRANTED. SO ORDERED.

Alfred V. Covello