UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

MOUNTAIN WEST HELICOPTERS, LLC,: \
LONG-LINE LEASING, LLC, : \
HELOG AG and HELI-AIR ZAGEL : \
LUFTTRANSPORT AG, :
:
        Plaintiffs, :
:
vs. :
: CASE NO. 3:01-CV-1746 (AVC)
KAMAN AEROSPACE CORPORATION :
and JOHN DOES I THROUGH V, : September 10, 2004
:
Defendants. :

### KAMAN AEROSPACE CORPORATION'S
### MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56 and the June 29, 2004 Order of this Court, Defendant Kaman Aerospace Corporation ("Kaman") hereby moves for partial summary judgment on the issue of damages. In its March 9, 2004 order denying Kaman's Renewed Motion to Dismiss, the Court held that plaintiffs assert two cognizable claims: (1) a products liability claim under the Connecticut Products Liability Act and (2) a contractual warranty claim. The Court noted that many of the damages claimed by plaintiffs cannot be recovered in this action. With the Court's permission, the parties conducted limited discovery on the issue of damages. Kaman therefore submits this motion to narrow the scope of this case and define what damages plaintiffs may seek to recover. Kaman submits the attached memorandum of law in support of this motion for partial summary judgment.

**ORAL ARGUMENT REQUESTED**

Respectfully submitted,

                                **DEFENDANT**
                                **KAMAN AEROSPACE CORPORATION**

By: _____
Shaun S. Sullivan (ct 04883)
Timothy A. Diemand (ct 18075)
Wiggin and Dana LLP
One CityPlace
Hartford, CT 06103-3402
ph. (860) 297-3700
fax (860) 525-9380
e-mail ssullivan@wiggin.com
        tdiemand@wiggin.com

2

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed this 10th day of September, 2004, by first class mail, postage prepaid, to:

Robert S. Young, Esq.
Law Offices of Robert S. Young
800 McIntyre Building
68 South Main Street
Salt Lake City, UT 84101

Timothy A. Bishop, Esq.
Bishop & Jackson, LLC
80 Ferry Blvd., Suite 103
Stratford, CT 06615

_____
Timothy A. Diemand

\14658\2\483861.4