FILED

2004 SEP 13 A 11: 32

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT, HARTFORD

| | |
|---|---|
| MOUNTAIN WEST HELICOPTERS, LLC, a Utah Limited Liability Company; LONG-LINE LEASING, LLC, a Utah Limited Liability Company; HELOG AG, a Foreign Corporation; and HELI-AIR ZAGEL LUFTTRANSPORT AG, a foreign corporation,<br><br>Plaintiffs,<br><br>v.<br><br>KAMAN AEROSPACE CORPORATION, a Delaware corporation and JOHN DOES I through V,<br><br>Defendants. | Case No. 301 CV 1746 (AVC)<br><br>September 10, 2004 |

### PLAINTIFFS' CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE DAMAGES ISSUES

Pursuant to Rule 56 Fed.R.Civ.P., Plaintiffs, Mountain West Helicopters, LLC ("Mountain West"), Long-Line Leasing, LLC ("Long-Line"), Helog AG ("Helog") and Heli-Air Zagel Lufttransport AG ("Heli-Air"), move the court for an order granting partial summary judgment in their favor. The grounds for this motion and the specific relief sought are more fully articulated in Plaintiffs' Memorandum Supporting Their Cross-Motion for Partial Summary Judgment on the Damages Issues filed contemporaneously herewith.

DATED: September _10_, 2004.

                              The Law Offices of Robert S. Young, L.C.

                              _/s/ Robert S. Young_
                              Robert S. Young (ct 21935)
                              800 McIntyre Building
                              68 South Main Street
                              Salt Lake City, UT 84101
                              Tel. (801) 531-8300
                              Fax (801) 359-7233
                              rsyav8rlaw@hotmail.com

## CERTIFICATE OF SERVICE

I certify that on September _10_, 2004, I caused to be filed with the court and served upon the individuals identified below, in the manner stated, the foregoing PLAINTIFFS' CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE DAMAGES ISSUES. The original, via overnight courier, all expenses prepaid, to "be filed with the court within a reasonable time after service," as contemplated by Rule 5(d) Fed.R.Civ.P., addressed to:

                        Clerk of the Court
                        450 Main Street
                        Hartford, CT 06103

And one copy each, via first class mail, postage prepaid addressed to:

| | |
|---|---|
| Tim Bishop, Esq. | Timothy A. Diemand, Esq. |
| BISHOP & JACKSON | WIGGIN & DANA |
| 80 Ferry Blvd. | One City Place |
| Stratford, CT 06615 | 185 Asylum Street |
| | Hartford, CT 06103-3402 |

                                                                  _/s/ Robert S. Young_

C:\Documents and Settings\Robert S. Young\My Documents\My Files\Mt. West v. Kaman\Memo Supporting Cross-MSJ re Damages(Motion) 909.wpd

2