UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MOUNTAIN WEST HELICOPTERS, LLC,: <br> LONG-LINE LEASING, LLC, <br> HELOG AG and HELI-AIR ZAGEL <br> LUFTTRANSPORT AG, <br><br> Plaintiffs, <br><br> vs. <br><br> KAMAN AEROSPACE CORPORATION <br> and JOHN DOES I THROUGH V, <br><br> Defendants. | CASE NO. 3:01-CV-1746 (AVC) <br><br> October 4, 2004 |

**KAMAN AEROSPACE CORPORATION'S
SUPPLEMENTAL LOCAL RULE 56(A)(1) STATEMENT**

1. Plaintiffs Mountain West Helicopters, LLC and Long-Line Leasing, LLC (collectively "Mountain West") settled its hull insurance claims for $1,030,000 and executed a Subrogation Receipt, signed by Bryan J. Burr, subrogating its hull claim to its insurers. (Exhibit A, Plaintiffs', Mountain West Helicopters, LLC and Long-Line Leasing, LLC, Response to Defendant's First Interrogatories, Requests for Production and Requests for Admission ("Mountain West Response") at 5, ¶ 8; Exhibit B, a true and correct copy of the Mountain West's Subrogation Receipt).

2. Plaintiffs Helog AG and Heli-Air Zagel Lufttransport AG (collectively "Helog") settled their hull insurance claims for $2,591,908 and executed a Release and Discharge assigning its hull claims to its insurers. (Exhibit C, Plaintiffs', Helog AG and Heli-Air Zagel Lufttransport AG, Response to Defendant's First Interrogatories, Requests for Production and Requests for Admission ("Helog Response") at 6, ¶ 8; Exhibit D, a true and correct copy of the Interim Hull Release and Discharge).

3.  Mountain West's insurers pursued their subrogation claims against Kaman in a case titled <u>Global Aerospace Underwriting Managers Ltd., et al. v. Kaman Corporation, et al.</u>, asserting in Paragraph 31 that Mountain West had executed a Release and Discharge and Subrogation Receipt "vesting in Global all rights of subrogation and recovery in relation to the payment made to Mountain West to enable Global and other Underwriters to pursue repayment of the outlay from other parties as Underwriters saw fit." A true and correct copy of Global's complaint is attached hereto as Exhibit E.

4.  Helog's insurers pursued their subrogation claims against Kaman in a case titled <u>Polygon Insurance Company LTD, et al. v. Kaman Corporation, et al.</u>, asserting, in Paragraph 32, that Helog had executed a Release and Discharge and Subrogation Receipt "vesting in Polygon all rights of subrogation and recovery in relation to the payment made to Helog to enable Polygon and other Underwriters to pursue repayment of the outlay from other parties as Underwriters saw fit." A true and correct copy of Polygon's complaint is attached hereto as Exhibit F.

5.  Kaman and Mountain West's insurers settled their dispute, and in § 2.4 of the Settlement Agreement, Global represented and warranted that it had full authority to settle Mountain West's subrogated hull claim. A true and correct copy of the Global Settlement Agreement is attached hereto and Exhibit G.

6.  Kaman and Helog's insurers settled their dispute, and in § 2.4 of the Settlement Agreement, Polygon represented and warranted that it had full authority to settle Helog's subrogated hull claim. A true and correct copy of the Polygon Settlement Agreement is attached hereto and Exhibit H.

**DEFENDANT**
**KAMAN AEROSPACE CORPORATION**

By: _____
Shaun S. Sullivan (ct 04883)
Timothy A. Diemand (ct 18075)
Wiggin and Dana LLP
One CityPlace
Hartford, CT 06103-3402
ph. (860) 297-3700
fax (860) 525-9380
e-mail ssullivan@wiggin.com
        tdiemand@wiggin.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed this 4th day of October 2004, by first class mail, postage prepaid, to:

Robert S. Young, Esq.
Law Offices of Robert S. Young
800 McIntyre Building
68 South Main Street
Salt Lake City, UT 84101

Timothy A. Bishop, Esq.
Bishop & Jackson, LLC
80 Ferry Blvd., Suite 103
Stratford, CT 06615

_____
Timothy A. Diemand

\14658\2\478978.2