FILED
2004 NOV -1 A 10: 23
U.S. DISTRICT COURT
HARTFORD, CT.

FILED 2004 NOV -2 P 2:30 U.S. DISTRICT COURT HARTFORD, CT.

*[Handwritten margin note, left side:] 3:02CV1824(AVC) November __, 2004. The motion for an extension of time is GRANTED. The plaintiffs shall have up to and including November 30, 2004 to file opposing affadavits and/or memorandum of law.*

*[Handwritten margin note:] The motion to strike is DENIED. The plaintiffs shall have up to and including __, 2004 to file opposing affadavits and/or memorandum of law.*

*[Signed] Covello, U.S.D.J.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT, HARTFORD

| | |
|---|---|
| MOUNTAIN WEST HELICOPTERS, LLC, a Utah Limited Liability Company; LONG-LINE LEASING, LLC, a Utah Limited Liability Company; HELOG AG, a Foreign Corporation; and HELI-AIR ZAGEL LUFTTRANSPORT AG, a foreign corporation,<br><br>Plaintiffs,<br><br>v.<br><br>KAMAN AEROSPACE CORPORATION, a Delaware corporation and JOHN DOES I through V,<br><br>Defendants. | Case No. 301 CV 1746 (AVC)<br><br>October 29, 2004 |

### PLAINTIFFS' MOTION TO STRIKE THE OCTOBER 21, 2004-AFFIDAVIT OF G. ROGER WASSMUTH OR, ALTERNATIVELY, FOR AN ORDER GRANTING PLAINTIFFS A REASONABLE TIME TO FILE OPPOSING AFFIDAVITS AND/OR A MEMORANDUM OF LAW OPPOSING THE SAME

Plaintiffs, Mountain West Helicopters, LLC ("Mountain West"), Long-Line Leasing, LLC ("Long-Line"), Helog AG ("Helog") and Heli-Air Zagel Lufttransport AG ("Heli-Air"), move the court for an order striking the October 21, 2004-affidavit of G. Roger Wassmuth ("Wassmuth Affidavit") as untimely filed. Alternatively, plaintiffs seek an order granting them a reasonable time to file opposing affidavits and/or a memorandum of law opposing factual allegations made, **for the first time on these cross-motions for summary judgment**, both in Mr. Wassmuth's affidavit and in Kaman's Reply Memorandum. (Kaman attached the Wassmuth Affidavit as exhibit 1 to its October 21, 2004-Reply Memorandum). The grounds for this motion include: (1) Rule 56(c) Fed.R.Civ.P. contemplates the filing of