UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MOUNTAIN WEST HELICOPTERS, LLC,:<br>LONG-LINE LEASING, LLC,<br>HELOG AG and HELI-AIR ZAGEL<br>LUFTTRANSPORT AG,<br><br>          Plaintiffs,<br><br>vs.<br><br>KAMAN AEROSPACE CORPORATION<br>and JOHN DOES I THROUGH V,<br><br>          Defendants. | <br><br><br><br><br><br><br><br>CASE NO. 3:01-CV-1746 (AVC)<br><br>November 30, 2004 |

**PLAINTIFFS' MOTION FOR ADDITIONAL TIME TO FILE OPPOSING
AFFIDAVITS AND/OR MEMORANDUM OF LAW**

On November 2, 2004, the Court entered an order granting plaintiffs Mountain West Helicopters, LLC, Long Line Leasing, LLC, Helog AG, and Heli-Air Zagel Luftransport AG an extension of time up to and including November 30, 2004 to file affidavits and/or a memorandum of law in opposition to Defendant Kaman Aerospace Corporation's ("Kaman") October 21, 2004 Reply in Further Support of its Motion for Partial Summary Judgment and the accompanying affidavit of G. Roger Wassmuth. The Order appeared on the PACER system and electronic notice was sent to counsel on November 3, 2003. While plaintiffs' Connecticut counsel received timely notice of the

1

Court's Order, plaintiffs' Utah counsel did not receive notice of the Order until the week of November 22, 2004, when he received a letter from Kaman's counsel making reference to the Order. Due to the miscommunication among plaintiffs' counsel, plaintiffs have prepared neither affidavits nor a memorandum of law and will thus be unable to meet the November 30, 2004 deadline set in the November 2 Order. Furthermore, plaintiffs' Utah counsel will be abroad from November 30, 2004 until December 7, 2004. Accordingly, plaintiffs respectfully move for an extension of time up to and including December 17, 2004 to file opposing affidavits and/or a memorandum of law in opposition to Kaman's October 21, 2004 reply papers.

    Plaintiffs' counsel has consulted with Kaman's counsel. Kaman consents to plaintiffs' request for additional time on condition that plaintiffs produce any and all documents responsive to Kaman's June 30, 2004 Requests for Production on or before December 17, 2004. Plaintiffs agree to this condition.

Respectfully submitted,

                              THE PLAINTIFFS

BY: _____
     Michael S. Casey (ct25116)
     Bishop, Jackson & Kelly, LLC
     80 Ferry Boulevard, Suite 103
     Stratford, CT 06615
     Telephone No.: (203) 386-1282
     Facsimile: (203) 386-1795
     E-mail: msc@bjklaw.us

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed on November 30, 2004 to the following

Timothy A. Diemand
Wiggin and Dana, LLP
One CityPlace
Hartford, CT 06103-3402

Robert S. Young
Law Office of Robert S. Young
800 McIntyre Building
68 South Main Street
Salt Lake City, UT 84101

_____
Michael S. Casey