FILED

2004 DEC -1 P 3: 52

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

MOUNTAIN WEST HELICOPTERS, LLC,:
LONG-LINE LEASING, LLC, :
HELOG AG and HELI-AIR ZAGEL :
LUFTTRANSPORT AG, :
 :
             Plaintiffs, :
 :
vs. :
 :   CASE NO. 3:01-CV-1746 (AVC)
KAMAN AEROSPACE CORPORATION :
and JOHN DOES I THROUGH V, :   November 30, 2004
 :
            Defendants. :

FILED 2004 DEC P 2:15 U.S. DISTRICT COURT HARTFORD, CT.

3:01CV1746(AVC) December 7, 2004. GRANTED SO ORDERED.
Alfred v. Covello, U.S.D.J.

## PLAINTIFFS' MOTION FOR ADDITIONAL TIME TO FILE OPPOSING AFFIDAVITS AND/OR MEMORANDUM OF LAW

      On November 2, 2004, the Court entered an order granting plaintiffs Mountain West Helicopters, LLC, Long Line Leasing, LLC, Helog AG, and Heli-Air Zagel Luftransport AG an extension of time up to and including November 30, 2004 to file affidavits and/or a memorandum of law in opposition to Defendant Kaman Aerospace Corporation's ("Kaman") October 21, 2004 Reply in Further Support of its Motion for Partial Summary Judgment and the accompanying affidavit of G. Roger Wassmuth. The Order appeared on the PACER system and electronic notice was sent to counsel on November 3, 2003. While plaintiffs' Connecticut counsel received timely notice of the

1