**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

MOUNTAIN WEST HELICOPTERS, LLC,:
LONG-LINE LEASING, LLC,                      :
HELOG AG and HELI-AIR ZAGEL         :
LUFTTRANSPORT AG,                             :
                                                                  :
                    Plaintiffs,                            :
                                                                  :
vs.                                                                :
                                                                  :          CASE NO. 3:01-CV-1746 (AVC)
KAMAN AEROSPACE CORPORATION   :
and JOHN DOES I THROUGH V,             :          December 23, 2004
                                                                  :
                    Defendants.                         :

**KAMAN AEROSPACE CORPORATION'S MOTION TO STRIKE AND FOR OTHER**
**RELIEF IN LIGHT OF PLAINTIFFS' FAILURE TO PRODUCE DOCUMENTS**

Plaintiffs are in breach of their most recent agreement – reflected in their motion asking the Court for permission to file a Supplemental Memorandum – to produce all outstanding documents.  In their motion, plaintiffs committed to produce all outstanding documents by December 17, 2004.  They did not and, it is important to emphasize, to date ***Kaman has yet to receive a single document from either plaintiff.***  This latest breach caps a long string of broken promises regarding plaintiffs' production of documents.  As a sanction for plaintiffs' discovery abuses, Kaman respectfully asks the Court to:  (1) strike plaintiffs' Supplemental Memorandum; (2) order that all outstanding documents be produced by a date certain; (3) allow Kaman to file a final brief in support of its motion for summary judgment after plaintiffs' documents are received; and (4) award Kaman all costs associated with its efforts to get plaintiffs to comply with their discovery obligations.  A brief memorandum of law in support of this motion and a good faith discovery dispute affidavit is filed herewith.

Respectfully submitted,

**DEFENDANT**
**KAMAN AEROSPACE CORPORATION**

By: _____

    Shaun S. Sullivan (ct 04883)
    Timothy A. Diemand (ct 18075)
    Wiggin and Dana LLP
    One CityPlace
    Hartford, CT 06103-3402
    ph. (860) 297-3700
    fax (860) 525-9380
    e-mail ssullivan@wiggin.com
           tdiemand@wiggin.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent by first class mail, postage prepaid, on this 23 day of December, 2004 to:

Robert S. Young, Esq.
Law Offices of Robert S. Young, L.C.
800 McIntyre Building
68 South Main Street
Salt Lake City, UT 84101

Timothy A. Bishop, Esq.
Bishop & Jackson, LLC
80 Ferry Blvd., Suite 103
Stratford, CT 06615

Timothy A. Diemand

\14658\2\506562.2

3