## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

MOUNTAIN WEST HELICOPTERS, LLC,:
LONG-LINE LEASING, LLC,       :
HELOG AG and HELI-AIR ZAGEL   :
LUFTTRANSPORT AG,           :
                                   :
          Plaintiffs,       :
                                   :
vs.                             :
                                 :      CASE NO. 3:01-CV-1746 (AVC)
KAMAN AEROSPACE CORPORATION  :
and JOHN DOES I THROUGH V,    :      December 23, 2004
                                 :
          Defendants.     :

## CERTIFICATION

I, Timothy A. Diemand, am a partner of Wiggin and Dana LLP, counsel to defendant Kaman Aerospace Corporation ("Kaman") in this action. As detailed in the accompanying Memorandum of Law in Support of Kaman's Motion to Strike and for Other Relief in Light of Plaintiffs' Failure to Produce Documents, Kaman has made good faith attempts to confer with plaintiffs' counsel to secure disclosure without court action. As set forth in the accompanying Memorandum, plaintiffs' discovery responses were due on August 6, 2004. In the intervening months, I have conferred with plaintiffs' counsel on multiple occasions, but neither plaintiff has complied with its discovery obligations.

Timothy A. Diemand (ct 18075)
Wiggin and Dana LLP
One CityPlace
Hartford, CT 06103-3402
ph. (860) 297-3700
fax (860) 525-9380
e-mail: tdiemand@wiggin.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent by first class mail, postage prepaid, on this 23rd day of December, 2004 to:


Robert S. Young, Esq.
Law Offices of Robert S. Young, L.C.
800 McIntyre Building
68 South Main Street
Salt Lake City, UT 84101

Timothy A. Bishop, Esq.
Bishop & Jackson, LLC
80 Ferry Blvd., Suite 103
Stratford, CT 06615

Timothy A. Diemand

\14658\2\506562.2

2