**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

MOUNTAIN WEST HELICOPTERS, LLC,:
LONG-LINE LEASING, LLC,                    :
HELOG AG and HELI-AIR ZAGEL        :
LUFTTRANSPORT AG,                             :
                                                                     :
          Plaintiffs,                             :
                                                                     :
vs.                                                                   :
                                                                     :        CASE NO. 3:01-CV-1746 (AVC)
KAMAN AEROSPACE CORPORATION   :
and JOHN DOES I THROUGH V,              :        March 7, 2005
                                                                     :
          Defendants.                          :

**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF KAMAN AEROSPACE**
**CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Consistent with the Court's February 11, 2005 Order compelling plaintiffs to produce

documents supporting their damage claims, Kaman Aerospace Corporation ("Kaman") submits

this short memorandum in further support of its Motion for Partial Summary Judgment on the

Issue of Damages based upon the documents plaintiffs recently produced. Putting aside whether

the small production (less than 1,000 pages) made seven-months late is adequate, the documents

plaintiffs did produce further support granting Kaman's motion for partial summary judgment.

**I.**     **Plaintiffs' Documents Confirm That They Assigned Their Hull Claims and**
       **Recognized That They Could Not Recover Twice for the Same Harm.**

Plaintiffs insist that they can recover against Kaman for damage to the helicopter hulls

even though plaintiffs' insurers paid them for the hull losses, and even though plaintiffs assigned

their hull claims to their insurers. As Kaman explains in its papers (see, e.g., Sept. 10, 2004

Mem. at 9-11; Oct. 21, 2004 Reply at 2-5), both the law and common sense dictate that plaintiffs

cannot recover twice for the same harm – once from their insurance carriers and again from Kaman.

Consistent with Kaman's position, a letter included in Helog's production (Exhibit A hereto) demonstrates that Helog was aware that its insurers settled the subrogated hull claims with Kaman, that Helog received *"full and final"* payment from its insurers for the damage sustained to the hull, and that Helog was maintaining possession of the salvage "as part of the ongoing claim for [Helog's] *uninsured* losses. . ." (emphasis added). Accordingly, this document shows that Helog was fully compensated for the hull loss by its insurer and was well aware that it could only pursue Kaman for any "uninsured losses."

Mountain West's production also reveals that it understands that it cannot reassert against Kaman claims it previously subrogated to its insurers. In a May 16, 2000 letter to Kaman (Exhibit B hereto), Bryan Burr, Mountain West's president, stated:

> MWH [Mountain West Helicopters] can only release Kaman from any and all claims as far as the uninsured interests of MWH are concerned. MWH cannot release Kaman from any and all claims which may be made by the insurance underwriters of MWH. When insurance policies were purchased MWH gave underwriters the right of subrogation in the event of a loss. *MWH can not reclaim any previously given rights of subrogation.*

(emphasis added). This is in stark contrast to the position Mountain West advances in this action, where, like Helog, it asserts that it can recover from Kaman on claims previously subrogated to its insurers. Plainly, Mountain West understands the purpose and effect of its subrogation obligations, and it cannot now try to "reclaim" the hull claim that was assigned to (and settled by) its insurer.

## II.   Plaintiffs' "Warranty" Claims Are Also Barred[1]

Mountain West's production also belies its position that it was "unaware" of the warranty terms governing the replacement clutch at issue.  The production contains numerous invoices for replacement parts ordered before the accident at issue in this case.  Like the invoice for the replacement clutch, each of these invoices (samples attached hereto as Exhibit C), clearly states that it is subject to Kaman's standard terms and conditions, including the limited warranty terms.  Additionally, a letter from Mountain West to Kaman (attached as Exhibit D hereto) referencing repair work done to the helicopter after the accident specifies that all parts are ordered pursuant to Kaman's 1999 Price List -- the same price list from which the replacement clutch was purchased and the same price list that contains the limited warranty terms.  See October 21, 2004 Reply at 6.  Thus, Mountain West cannot credibly deny knowledge of the warranty terms governing the purchase of the replacement clutch.[2]

---

[1] See Kaman's Sept. 10, 2004 Mem. at 7-9; Oct. 21, 2004 Reply at 5-9.

[2] In his December 16, 2004 Affidavit (at ¶ 11), Mountain West's president Bryan Burr claims that he has "no present recollection of agreeing to the warranty provisions, exclusions and/or limitations contained in the 1999 Kaman [price list] as a condition of purchasing the clutch from Kaman."  Yet, it is Mr. Burr that just a few short months after the accident wrote to Kaman to order replacement parts per Kaman's 1999 price list.  See Exhibit D hereto.

### III.    Conclusion

The limited documents plaintiffs grudgingly produced contradict the assertions they have made throughout the summary judgment briefing.    For the reasons discussed above and in Kaman's prior memoranda of law, Kaman respectfully requests that its Motion for Partial Summary Judgment on the Issue of Damages be granted in its entirety.

**DEFENDANT**
**KAMAN AEROSPACE CORPORATION**

By:    _Timothy A. Diemand /gcr_

Shaun S. Sullivan (ct 04883)
Timothy A. Diemand (ct 18075)
Wiggin and Dana LLP
One CityPlace
Hartford, CT 06103-3402
ph. (860) 297-3700
fax (860) 525-9380
e-mail ssullivan@wiggin.com
        tdiemand@wiggin.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent by first class mail, postage prepaid,

on this 7th day of March, 2004 to:

Robert S. Young, Esq.
Law Offices of Robert S. Young, L.C.
800 McIntyre Building
68 South Main Street
Salt Lake City, UT 84101

Timothy A. Bishop, Esq.
Bishop & Jackson, LLC
80 Ferry Blvd., Suite 103
Stratford, CT 06615

_Timothy A. Diemand /gcr_
Timothy A. Diemand

\14658\2\518249.2

5

# EXHIBIT A



## GAB Robins Aviation Ltd
*International Aviation Surveyors and Adjusters*

35 Great St Helens
London EC3A 6HB

Telephone:    020 7 200 3000
Direct Line:  020 7 200 30
Fax:          020 7 200 3160
E-Mail: gabr_gb_aviation@gabrobins.co.uk

| | | | |
|---|---|---|---|
| **To:** | Heli Air Zagel (Helog AG) | **Our ref:** | LRL/6332/jm |
| **Attn:** | Wolfgang Zagel | **Your ref:** | TBA |
| **Fax No.** | 00 49 9151 835 444 | **Date:** | 6th June 2003 |
| **From:** | L R Lemanski | **N° of pages:** | 2 |

### FACSIMILE MESSAGE

Dear Sirs

Claim Ref : 6332
Aircraft   : K-Max, D-HFZA
Assured    : Helog
Accident   : Helicopter crashed following transmission failure at Flirsh, Austria, 13th September 1999

We refer to the above mentioned loss and our recent discussions concerning the same and in particular the salvage aspect.

We have been advised by Hull underwriters they have now achieved a settlement agreement in principle with Kaman's insurers for the damage sustained.

. would therefore appear that our own involvement on the hull claim has now terminated with the exception of the salvage aspect which currently lies in three locations as follows:

1.  Gearbox/Transmission at Kaman's factory in the USA
2.  Clutch and engine adapter plus other minor parts retained by the Austrian BFU as part of their official investigation
3.  The remainder of the hull being stored by the Air Zagel/Helog in Germany (with the leased engine having been returned to the lessor).

We understand that you will continue to retain the salvage in your possession in Germany as part of the ongoing claim for your uninsured losses and we acknowledge your comments that there is very little useful salvage remaining as Kaman have indicated that no critical parts from the damaged helicopter should be put back into service.

We confirm that we have conveyed your proposal to Hull underwriters that you would be willing to retain the salvage and in return absorb all storage costs mindful that Hull underwriters have already compensated Heli Air Zagel for the recovery charges (DM17,925.94).

We are pleased to advise you that underwriters have agreed to this proposal and you will recall that the helicopter documentation together with the airframe 'plates' were passed to Paul Lange during a joint meeting in London and we are advising Mr Lange (together with underwriters and brokers) of the current position by copy of this correspondence.

000863

Please formally provide us with your agreement to the above and, as no further payments are necessary from underwriters or the assured, we consider that the three previous interim payments made by Hull underwriters constitute a full and final settlement sum for the hull claims.

We trust you will find the above in order and await your response.

Yours faithfully

L R Lemanski
Director

cc:     Ortac Underwriting Management, Attn: Chris Gasson, Fax: Minicode
        Grimme Butcher Jones, Attn: Barry Hodges
        Caminada & Partner, Attn: Leo Caminada
        Paul A Lange, Attn: Alison McKay, By Fax: 00 212 608 1215

# EXHIBIT B



**MOUNTAIN WEST**
HELICOPTERS
A Limited Liability Company

May 16 , 2000

Mitch Boggan
Kaman Aerospace Corp.
P.O. Box 2
Bloomfield, CT  06002

Dear Mitch:

Thank you for your prompt reply to my May 2, 2000 letter. I am sorry about my delay in replying to you but I have been in New Mexico working on the fires and have not been able to respond. Mountain West Helicopters / Long-Line Leasing, LLC offers the following information for your continued consideration:

1.  The $11,822 final payment for the airframe repairs on A/C 014 is in process.
2.  A credit will need to be given for the K-Flex drive shaft which is owned by MWH and will be installed on A/C 014. towards the final payments due on the dynamic component portion of the A/C 014 repair agreement. I believe the amount charged for the drive shaft was $23,024.23 as outlined in Attachment E. I have calculated that hours flown by MWH prior to the accident of A/C 014 have a value of $72,547.26. This amount will be paid by MWH upon the execution of the anticipated repurchase agreement This amount will also reduce the Spare Parts/Exchange/Overhaul accounts receivable to a difference of $23,893.17. ($96,440.43 stated in your letter less $72,547.26). The balance of the dynamic component charges associated with the repair agreement will be processed through Caledonian Insurance Group. Considering the credit for the K-Flex Drive Shaft the Spare Parts/Exchange/Overhaul accounts receivable is easily resolved.
3.  We need to have further discussions about the installation of the MWH owned Saddle and Spindle being installed in A/C 014. This component is important to the ongoing operation of A/C 004 and will be needed by MWH in the future. The replacement was not required as a part of the accident of A/C 014. The replacement was due to normal time change requirement. MWH would contribute the core component to KAMAN as the value of the component with it's current time must have been evaluated in the market price evaluation done by KAMAN personnel.
4.  Additional financial consideration for the releasing of Kaman from any and all claims relating to the A/C 014 incident include those out of pocket cash expenditures experienced by MWH which were not insured. These items include but are not limited to:

**MHVKAMAN 047**

a) Insurance deductible $125,000.

b) Accrued mortgage note interest $123,728.35 (As per Kaman letter dated May 10, 2000.)

c) Other accrued interest charges added to the unpaid mortgage payments and maintenance reserve account since November 14, 1999.

d) Increase in MWH aircraft insurance costs for the year 2000 policy year for A/C 004 amounting to $52,500.

e) Lost profit commission from insurance underwriters for having an accident on the 1999 policy year $56,175.

h) Unearned insurance premium paid beginning Nov 5, 1999 through December 14, 1999. This represents the time remaining on the 1999 policy year for A/C 014 $21,815.

g) Insurance premium paid by MWH on A/C 014 from December 14, 1999 until the closing of the repurchase agreement or the removal of the A/C from MWH policies and placement of the A/C on Kaman policies which ever occurs first. $1,375 per month. Beginning December 15, 1999 through June 15, 2000 $8,250

h) Statutory accrued interest payable to MWH on above amounts.

5. MWH can only release Kaman from any and all claims as far as the uninsured interests of MWH are concerned. MWH can not release Kaman from any and all claims which may be made by the insurance underwriters of MWH. When insurance policies were purchased MWH gave underwiters the right of subrogation in the event of a loss. MWH can not reclaim any previously given rights of subrogation.

Please contact me when you are ready to discuss this transaction.

Sincerely,

Bryan J. Burr
President

CC:    Steve Daniels

MHVKAMAN 048

# EXHIBIT C

K-MAX CORPORATION

# INVOICE

**KAMAN**



REMIT TO:
K-MAX CORPORATION
1332 BLUE HILLS AVE
BLOOMFIELD CT
06002

| CUSTOMER ORDER NUMBER |
|---|
| 3367 |

BILL TO:
Mountain West A/C #14
73 W 520 South
Orem Ut
84058

SHIP TO:
Mountain West A/C #14
C/O HANSEN LODGING
185 EAST 400 NORTH
FAIRVIEW, UT 84629

**THIS INVOICE AND THE TRANSACTION REPRESENTED BY THIS INVOICE IS SUBJECT TO ALL THE TERMS AND CONDITION** APPEARING ON REVERSE SIDE HEREOF INCLUDING ALL DISCLAIMERS OF WARRANTIES CONTAINED THEREIN. IN THE EVENT OF ANY CONFLICT BETWEEN THE TERMS CONDITIONS OF SALE APPEARING ON THIS INVOICE AND THE TERMS AND CONDITIONS OF THE CUSTOMERS PURCHASE ORDER, THE TERMS AND CONDITIONS OF THIS INVOICE WILL GOVE

| TERMS | ACCOUNT NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|
| NET30 | 22 | 28-APR-99 | H181750 |

| CUST. ORDER DATE | SHIP VIA | SHIP DATE | PAGE |
|---|---|---|---|
| 27-APR-99 | FED EX OVERNIGHT | 28-APR-99 | 1 |

| STOCK NUMBER / DESCRIPTION | ORDERED | BACK ORD | SHIPPED | U/M | PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| AC<br>972118-013 BUSHING<br>442154900 | 1 | 0 | 1 | EA | 173.60 | 173.60 |
| ZZ<br>001 FREIGHT-OUT CHARGE: GENERAL | 0 | 0 | 1 | EA | 22.75 | 22.75 |

DIRECT INQUIRIES TO

K-MAX CORPORATION

| SUB-TOTAL | TAX | MISC. CHGS. | FREIGHT | TOTAL |
|---|---|---|---|---|
| 173.60 | 0.00 | 0.00 | 22.75 | 196.35 |

## THANK YOU FOR YOUR ORDER!

| ACCT NO. | CUSTOMER ORDER NUMBER | INVOICE DATE | INVOICE NO. | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|---|---|
| 22 | 3367 | 28-APR-99 | H181750 | 196.35 | |

BILL TO:
Mountain West A/C #14
73 W 520 South
Orem Ut
84058

REMIT TO:
K-MAX CORPORATION
1332 BLUE HILLS AVE
BLOOMFIELD CT
06002

PLEASE RETU
THIS STUB W
YOUR PAYME
TO INSURE
PROPER CRE

**ORIGINAL INVOICE**

FORM-USINV  11/94

**MHVKAMAN 016**

# INVOICE



REMIT TO:

K-MAX CORPORATION
1332 BLUE HILLS AVE
BLOOMFIELD CT
06002

### CUSTOMER ORDER NUMBER
(9977) B.BUPR REQUEST

B
I   Mountain West AVC #14
L   73 W 620 South
    Orem UT
T   84058
O

S   MOUNTAIN WEST HELICOPTERS
H   ATTN. B. BUPR
I   73 WEST 620 SOUTH
P   OREM UT
T   84058
O

**THIS INVOICE AND THE TRANSACTION REPRESENTED BY THIS INVOICE IS SUBJECT TO ALL THE TERMS AND CONDITION** APPEARING ON REVERSE SIDE HEREOF INCLUDING ALL DISCLAIMERS OF WARRANTIES CONTAINED THEREIN. IN THE EVENT OF ANY CONFLICT BETWEEN THE TERMS A CONDITIONS OF SALE APPEARING ON THIS INVOICE AND THE TERMS AND CONDITIONS OF THE CUSTOMERS PURCHASE ORDER, THE TERMS AND CONDITIONS OF THIS INVOICE WILL GOVE

| TERMS | ACCOUNT NO. | | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|
| NET30 | 22 | | 03-MAY-99 | H181757 |

| CUST. ORDER DATE | SHIP VIA | SHIP DATE | | PAGE |
|---|---|---|---|---|
| 18-APR-99 | XXXX UPS 2ND-DAY xxxx | 03-MAY-99 | | 1 |

| STOCK NUMBER / DESCRIPTION | ORDERED | BACK ORD | SHIPPED | U/M | PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| AA | 0 | 0 | 1 | EA | 0.00 | 0.00 |
| .ISC_MISCELLANEOUS CHARGE | | | | | | |
| XXXXXXXXXXXXXXX MAINTENANCE MANUAL BINDERS | ( 2PCS. ) | | | | | |
| 22 | 0 | 0 | 1 | EA | 14.75 | 14.75 |
| 001_FREIGHT-OUT CHARGE: GENERAL | | | | | | |

| DIRECT INQUIRIES TO | SUB-TOTAL | TAX | MISC. CHGS. | FREIGHT | TOTAL |
|---|---|---|---|---|---|
| | 0.00 | 0.00 | 0.00 | 14.75 | 14.75 |

K-MAX CORPORATION

## THANK YOU FOR YOUR ORDER!

| ACCT NO | CUSTOMER ORDER NUMBER | INVOICE DATE | INVOICE NO | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|---|---|
| 22 | (9977) B.BUPR REQUEST | 03-MAY-99 | H181757 | 14.75 | |

B
I   Mountain West AVC #14
L   73 W 620 South
    Orem UT
T   84058
O

R
E   K-MAX CORPORATION
M   1332 BLUE HILLS AVE
I   BLOOMFIELD CT
T   06002
O

PLEASE RET
THIS STUB W
YOUR PAYME
TO INSURE
PROPER CRE

**ORIGINAL INVOICE**

FORM USINV 11/94

**MHVKAMAN 017**

# INVOICE



**KAMAN**

REMIT TO:
K-MAX CORPORATION
1332 BLUE HILLS AVE
BLOOMFIELD CT
06002

**CUSTOMER ORDER NUMBER**

BRYAN BURR REQUEST

B
I
L
L
T
O

Mountain West A/D #14
73 W 820 South
Orem UT
84058

S
H
I
P
T
O

MOUNTAIN WEST HELICOPTER
ATTN: BRYAN BURR
73 WEST 800 SOUTH
OREM, UT
84053

**THIS INVOICE AND THE TRANSACTION REPRESENTED BY THIS INVOICE IS SUBJECT TO ALL THE TERMS AND CONDITION APPEARING ON REVERSE SIDE HEREOF** INCLUDING ALL DISCLAIMERS OF WARRANTIES CONTAINED THEREIN. IN THE EVENT OF ANY CONFLICT BETWEEN THE TERMS A CONDITIONS OF SALE APPEARING ON THIS INVOICE AND THE TERMS AND CONDITIONS OF THE CUSTOMERS PURCHASE ORDER, THE TERMS AND CONDITIONS OF THIS INVOICE WILL GOVE

| TERMS | ACCOUNT NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|
| NET30 | 20 | 11-JUN-99 | M220475 |

| CUST. ORDER DATE | SHIP VIA | SHIP DATE | PAGE |
|---|---|---|---|
| 9-JUN-99 | FED EX OVERNIGHT PRI | 11-JUN-99 | 1 |

| STOCK NUMBER / DESCRIPTION | ORDERED | BACK ORD | SHIPPED | U/M | PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| AC 1900K-1REP_EGT INDICATOR (REPAIRED) N 1539J N 1330S N 114FR | 1 | 0 | 1 | EA | 0.00 | 0.00 |
| XXXXXXXXXXXXXXXXXXXXXXXXXXXX HOWELL MANUAL (GSE)XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | | | | | |
| AC 1943-1REP_TORQUE INDICATOR REPAIRED | 1 | 0 | 1 | EA | 0.00 | 0.00 |
| AC 1970-1REP_LOAD ON HOOK INDICATOR REPAIRED | 1 | 0 | 1 | EA | 0.00 | 0.00 |
| AA ISC_MISCELLANEOUS CHARGE | 0 | 0 | 1 | EA | 0.00 | 0.00 |
| EE C01_FREIGHT-OUT CHARGE: GENERAL | 0 | 0 | 1 | EA | 57.75 | 57.75 |

DIRECT INQUIRIES TO

| | SUB-TOTAL | TAX | MISC. CHGS. | FREIGHT | TOTAL |
|---|---|---|---|---|---|
| | 0.00 | 0.00 | 0.00 | 57.75 | 57.75 |

K-MAX CORPORATION

## THANK YOU FOR YOUR ORDER!

| ACCT NO | CUSTOMER ORDER NUMBER | INVOICE DATE | INVOICE NO | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|---|---|
| 20 | BRYAN BURR REQUEST | 11-JUN-99 | M220475 | 57.75 | |

B
I
L
T
O

Mountain West A/D #14
73 W 800 South
Orem UT
84058

R
E
M
I
T
T
O

K-MAX CORPORATION
1332 BLUE HILLS AVE
BLOOMFIELD CT
06002

PLEASE RETU
THIS STUB WI
YOUR PAYME
TO INSURE
PROPER CRED

**ORIGINAL INVOICE**

FORM-USINV 11/94

MHVKAMAN 018

# INVOICE    KAMAN

REMIT TO:
K-MAX CORPORATION
1332 BLUE HILLS AVE
BLOOMFIELD CT
06002

### CUSTOMER ORDER NUMBER
BRYAN BURR

B
I   Mountain West A/C #14
L   73 W 620 South
L
T   Orem UT
O   84058

S
H   Mountain West A/C #14
I   C/O MIKE STRAIN
P   1901 W.SELTICE #812
T   POST FALLS.ID. 93854
O

**THIS INVOICE AND THE TRANSACTION REPRESENTED BY THIS INVOICE IS SUBJECT TO ALL THE TERMS AND CONDITIO**
**APPEARING ON REVERSE SIDE HEREOF** INCLUDING ALL DISCLAIMERS OF WARRANTIES CONTAINED THEREIN. IN THE EVENT OF ANY CONFLICT BETWEEN THE TERMS -
CONDITIONS OF SALE APPEARING ON THIS INVOICE AND THE TERMS AND CONDITIONS OF THE CUSTOMERS PURCHASE ORDER. THE TERMS AND CONDITIONS OF THIS INVOICE WILL GOVE

| TERMS | ACCOUNT NO. | | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|
| NET30 | 22 | | 27-JUL-99 | H220533 |

| CUST. ORDER DATE | SHIP VIA | SHIP DATE | PAGE |
|---|---|---|---|
| 26-JUL-99 | FED-EX OVERNIGHT | 27-JUL-99 | 1 |

| STOCK NUMBER / DESCRIPTION | ORDERED | BACK ORD | SHIPPED | U/M | PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| :AC<br>#1300K-2REP_EGT INDICATOR (REPAIRED)<br>S/N 103GP W437041350 | 1 | 0 | 1 | EA | 11,067.90 | 11,067.90 |
| :AC<br>#1973-1REP_LOAD ON HOOK INDICATOR REPAIRED<br>115KF W483845690 | 1 | 0 | 1 | EA | 12,753.26 | 12,753.26 |
| :AC<br>#1943-1REP_TORQUE INDICATOR REPAIRED<br>S/N 123GU W514032010 | 1 | 0 | 1 | EA | 12,768.38 | 12,768.38 |
| :ZZ<br>001_FREIGHT-OUT CHARGE: GENERAL | 0 | 0 | 1 | EA | 57.75 | 57.75 |

*indicates
were returned*
*R.Wassmuth 9/18/00*

DIRECT INQUIRIES TO

-MAX CORPORATION

| SUB-TOTAL | TAX | MISC. CHGS. | FREIGHT | TOTAL |
|---|---|---|---|---|
| 36,589.54 | 0.00 | 0.00 | 57.75 | 36,647.29 |

## THANK YOU FOR YOUR ORDER!

| ACCT NO | CUSTOMER ORDER NUMBER | INVOICE DATE | INVOICE NO | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|---|---|
| 22 | BRYAN BURR | 27-JUL-99 | H220533 | 36,647.29 | |

B
I   Mountain West A/C #14
L   73 W 620 South
L
T   Orem UT
O   84058

R
E   K-MAX CORPORATION
M   1332 BLUE HILLS AVE
I   BLOOMFIELD CT
T   06002
O

PLEASE RET
THIS STUB W
YOUR PAYME
TO INSURE
PROPER CRE

**ORIGINAL INVOICE**

FORM-USINV 11/94

# INVOICE  **KAMAN**

K-MAX CORPORATION
1332 BLUE HILLS AVE
BLOOMFIELD CT
06002

| CUSTOMER ORDER NUMBER |
|---|
| 10031 |

BILL TO
Mountain West A/C #14
73 W 620 South
Orem UT
84058

SHIP TO
Mountain West A/C #14
C/O HILLCREST AVIATION
540 O'CONNER RD.
LEWISTON.IDAHO 83501

**THIS INVOICE AND THE TRANSACTION REPRESENTED BY THIS INVOICE IS SUBJECT TO ALL THE TERMS AND CONDITION APPEARING ON REVERSE SIDE HEREOF** INCLUDING ALL DISCLAIMERS OF WARRANTIES CONTAINED THEREIN. IN THE EVENT OF ANY CONFLICT BETWEEN THE TERMS A CONDITIONS OF SALE APPEARING ON THIS INVOICE AND THE TERMS AND CONDITIONS OF THE CUSTOMERS PURCHASE ORDER, THE TERMS AND CONDITIONS OF THIS INVOICE WILL GOVE

| TERMS | ACCOUNT NO. | | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|
| NET30 | 22 | | 04-AUG-99 | H182062 |

| CUST. ORDER DATE | SHIP VIA | SHIP DATE | | PAGE |
|---|---|---|---|---|
| 27-JUL-99 | SURFACE FREIGHT | 04-AUG-99 | | 1 |

| STOCK NUMBER / DESCRIPTION | ORDERED | BACK ORD | SHIPPED | U/M | PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| KAC | 1 | 0 | 1 | EA | 19,923.28 | 19,923.28 |
| K913001-003 ROTOR HUB ASSY-LH | | | | | | |
| S/N 36B  W510682850 | | | | | | |
| ZZ | 0 | 0 | 1 | EA | 19,923.28 | 19,923.28 |
| EXCHANGE_EXCHANGE PROGRAM | | | | | | |
| 21B K913001-004 PART IN KIT PORTLAND | | | | | | |

DIRECT INQUIRIES TO:

| | SUB-TOTAL | TAX | MISC. CHGS. | FREIGHT | TOTAL |
|---|---|---|---|---|---|
| K-MAX CORPORATION | 19,923.28 | 0.00 | 19,923.28 | 0.00 | 39,846.56 |

## THANK YOU FOR YOUR ORDER!

| ACCT NO | CUSTOMER ORDER NUMBER | INVOICE DATE | INVOICE NO | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|---|---|
| 22 | 10031 | 04-AUG-99 | H182062 | 39,846.56 | |

BILL TO
Mountain West A/C #14
73 W 620 South
Orem UT
84058

REMIT TO
K-MAX CORPORATION
1332 BLUE HILLS AVE
BLOOMFIELD CT
06002

PLEASE RETU
THIS STUB W
YOUR PAYME
TO INSURE
PROPER CRE

**ORIGINAL INVOICE**

FORM-USINV 11/94

MHVKAMAN 020

# INVOICE

# KAMAN

K-MAX CORPORATION
1332 BLUE HILLS AVE
BLOOMFIELD CT
06002

| CUSTOMER ORDER NUMBER |
|---|
| (10053) XXXX URGENT XXXX |

B
I
L
L

T
O

Mountain West A/C #14
73 W 620 South

Orem UT
84058

S
H
I
P

T
O

MOUNTAIN WEST HELICOPTERS
TEN BROEK R.V. CAMPGROUND
C/O J. TOOTHMAN 92 SECOND ST
TEN SLEEP, WY
82442

THIS INVOICE AND THE TRANSACTION REPRESENTED BY THIS INVOICE IS SUBJECT TO ALL THE TERMS AND CONDITION
APPEARING ON REVERSE SIDE HEREOF INCLUDING ALL DISCLAIMERS OF WARRANTIES CONTAINED THEREIN. IN THE EVENT OF ANY CONFLICT BETWEEN THE TERMS A
CONDITIONS OF SALE APPEARING ON THIS INVOICE AND THE TERMS AND CONDITIONS OF THE CUSTOMERS PURCHASE ORDER, THE TERMS AND CONDITIONS OF THIS INVOICE WILL GOVE

| TERMS | ACCOUNT NO. | | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|
| NET30 | 22 | | 24-AUG-99 | H182148 |

| CUST. ORDER DATE | SHIP VIA | SHIP DATE | | PAGE |
|---|---|---|---|---|
| 23-AUG-99 | XXXX UPS 2ND. DAY XXXX | 24-AUG-99 | | 1 |

| STOCK NUMBER / DESCRIPTION | ORDERED | BACK ORD | SHIPPED | U/M | PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| KAC K910005-007 TEETER PIN ASSEMBLY SN 272C & 275C W515573710 122378 SHIPPING CHARGES INCLUDED WITH H220575 8-24-99 | 2 | 0 | 2 | EA | 2,340.16 | 4,680.32 |
| KAC BJ-A7N-210 K2 RELAY (BATTERY RELAY) | 1 | 0 | 1 | EA | 1,250.23 | 1,250.23 |

DIRECT INQUIRIES TO

| | SUB-TOTAL | TAX | MISC. CHGS. | FREIGHT | TOTAL |
|---|---|---|---|---|---|
| | 5,930.55 | 0.00 | 0.00 | 0.00 | 5,930.55 |

K-MAX CORPORATION

## THANK YOU FOR YOUR ORDER!

| ACCT NO. | CUSTOMER ORDER NUMBER | INVOICE DATE | INVOICE NO. | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|---|---|
| 22 | (10053) XXXX URGENT XXXX | 24-AUG-99 | H182148 | 5,930.55 | |

B
I
L
L

T
O

Mountain West A/C #14
73 W 620 South

Orem UT
84058

R
E
M
I
T

T
O

K-MAX CORPORATION
1332 BLUE HILLS AVE
BLOOMFIELD CT
06002

PLEASE RETU
THIS STUB W
YOUR PAYME
TO INSURE
PROPER CRE

**ORIGINAL INVOICE**

FORM-USINV. 11/94

MHVKAMAN 021

# INVOICE

# KAMAN

REMIT TO:

K-MAX CORPORATION
1332 BLUE HILLS AVE
BLOOMFIELD CT
06002

| CUSTOMER ORDER NUMBER |
|---|
| (10053) XXXX URGENT XXXX |

B
I
L
L

T
O

Mountain West A/C #14
73 W 620 South

Orem UT
84058

S
H
P

T
O

MOUNTAIN WEST HELICOPTERS
TEN BROCK R.V. CAMPGROUND
C/O J. TOOTHMAN 52 SECOND S
TEN SLEEP, WY
82442

**THIS INVOICE AND THE TRANSACTION REPRESENTED BY THIS INVOICE IS SUBJECT TO ALL THE TERMS AND CONDITIO APPEARING ON REVERSE SIDE HEREOF** INCLUDING ALL DISCLAIMERS OF WARRANTIES CONTAINED THEREIN. IN THE EVENT OF ANY CONFLICT BETWEEN THE TERMS CONDITIONS OF SALE APPEARING ON THIS INVOICE AND THE TERMS AND CONDITIONS OF THE CUSTOMERS PURCHASE ORDER, THE TERMS AND CONDITIONS OF THIS INVOICE WILL GOV

| TERMS | ACCOUNT NO | INVOICE DATE | INVOICE NO. |
|---|---|---|---|
| NET30 | 22 | 24-AUG-99 | H182148 |

| CUST ORDER DATE | SHIP VIA | SHIP DATE | PAGE |
|---|---|---|---|
| 23-AUG-99 | XXXX UPS 2ND. DAY XXXX | 24-AUG-99 | 1 |

| STOCK NUMBER / DESCRIPTION | ORDERED | BACK ORD | SHIPPED | U/M | PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| KAC | 2 | 0 | 2 | EA | 2,340.16 | 4,680.3 |
| K910005-007 TEETER PIN ASSEMBLY | | | | | | |
| SN 272C & 275C W515573710 | | | | | | |
| R22378 | | | | | | |
| SHIPPING CHARGES INCLUDED WITH H220575 8-24-99 | | | | | | |
| KAC | 1 | 0 | 1 | EA | 1,250.23 | 250. |
| AJ-A7N-21C R2 RELAY (BATTERY RELAY) | | | | | | |

*credit's new H182108*

Warranty

R Walkn X
8/2/99

| DIRECT INQUIRIES TO: | SUB-TOTAL | TAX | MISC. CHGS. | FREIGHT | TOTAL |
|---|---|---|---|---|---|
| | 5,930.55 | 0.00 | 0.00 | 0.00 | 5,930. |

K-MAX CORPORATION

## THANK YOU FOR YOUR ORDER!

| ACCT. NO. | CUSTOMER ORDER NUMBER | INVOICE DATE | INVOICE NO. | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|---|---|
| 22 | (10053) XXXX URGENT XXXX | 24-AUG-99 | H182148 | 5,930.55 | |

B
I
L
L

T
O

Mountain West A/C #14
73 W 620 South

Orem UT
84058

R
E
M
I
T

T
O

K-MAX CORPORATION
1332 BLUE HILLS AVE
BLOOMFIELD CT
06002

PLEASE RE
THIS STUB
YOUR PAY
TO INSU
PROPER C

## ORIGINAL INVOICE

FORM-USINV. 11/94

RECEIVED DATE : 08/30/99  14:37  FROM  :

MHVKAMAN 022

# INVOICE

# KAMAN

K-MAX CORPORATION
1332 BLUE HILLS AVE
BLOOMFIELD CT
06002

| CUSTOMER ORDER NUMBER |
|---|
| CREDIT H182148 ONLY |

B
I
L
L
T
O

Mountain West A/C #14
73 W 620 South

Orem UT
84058

S
H
I
P
T
O

Mountain West A/C #14

73 W 620 South
Orem UT
84058

*** CREDIT MEMO ***

**THIS INVOICE AND THE TRANSACTION REPRESENTED BY THIS INVOICE IS SUBJECT TO ALL THE TERMS AND CONDITION**
**APPEARING ON REVERSE SIDE HEREOF** INCLUDING ALL DISCLAIMERS OF WARRANTIES CONTAINED THEREIN. IN THE EVENT OF ANY CONFLICT BETWEEN THE TERMS A
CONDITIONS OF SALE APPEARING ON THIS INVOICE AND THE TERMS AND CONDITIONS OF THE CUSTOMERS PURCHASE ORDER, THE TERMS AND CONDITIONS OF THIS INVOICE WILL GOVE

| TERMS | ACCOUNT NO. | | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|
| NET30 | 22 | | 02-SEP-99 | H182198 |

| CUST. ORDER DATE | SHIP VIA | SHIP DATE | PAGE |
|---|---|---|---|
| 02-SEP-99 | NA | 02-SEP-99 | 1 |

| STOCK NUMBER / DESCRIPTION | ORDERED | BACK ORD | SHIPPED | U/M | PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| *** CREDIT MEMO *** CREDIT MEMO *** CREDIT MEMO *** | | | | | | |
| *** CREDIT MEMO *** CREDIT MEMO *** CREDIT MEMO *** | | | | | | |
| AAA | 0 | 0 | 1 | EA | 4,680.32 | 4,680.32 |
| CREDIT MISCELLANEOUS CREDIT | | | | | | |
| (CREDIT TOWARD TEETER PINS ON INVOICE H182148 DATED 24-AUG-99) | | | | | | |

DIRECT INQUIRIES TO:

| | SUB-TOTAL | TAX | MISC. CHGS. | FREIGHT | TOTAL |
|---|---|---|---|---|---|
| | 0.00 | 0.00 | 4,680.32- | 0.00 | 4,680.32 |

K-MAX CORPORATION

## THANK YOU FOR YOUR ORDER!

| ACCT. NO. | CUSTOMER ORDER NUMBER | INVOICE DATE | INVOICE NO. | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|---|---|
| 22 | CREDIT H182148 ONLY | 02-SEP-99 | H182188 | 4,680.32- | |

B
I
L
L
T
O

Mountain West A/C #14
73 W 620 South
Orem UT
84058

R
E
M
I
T
T
O

K-MAX CORPORATION
1332 BLUE HILLS AVE
BLOOMFIELD CT
06002

PLEASE RET
THIS STUB V
YOUR PAYM
TO INSUR
PROPER CRE

**ORIGINAL INVOICE**

MHVKAMAN 023

# NVOICE

## KAMAN

K-MAX CORPORATION
1332 BLUE HILLS AVE
BLOOMFIELD CT
06002

### CUSTOMER ORDER NUMBER

B.BURR REQ.

BILL TO
Mountain West A/C #14
73 W 820 South
Orem UT
84058

SHIP TO
MOUNTAIN WEST HELICOPTERS
SPOKANE,WASHINGTON

**THIS INVOICE AND THE TRANSACTION REPRESENTED BY THIS INVOICE IS SUBJECT TO ALL THE TERMS AND CONDITION** APPEARING ON REVERSE SIDE HEREOF INCLUDING ALL DISCLAIMERS OF WARRANTIES CONTAINED THEREIN. IN THE EVENT OF ANY CONFLICT BETWEEN THE TERMS A CONDITIONS OF SALE APPEARING ON THIS INVOICE AND THE TERMS AND CONDITIONS OF THE CUSTOMERS PURCHASE ORDER. THE TERMS AND CONDITIONS OF THIS INVOICE WILL GOVE

| TERMS | ACCOUNT NO | | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|
| NET30 | 22 | | 01-OCT-99 | H220603 |

| CUST. ORDER DATE | SHIP VIA | SHIP DATE | | PAGE |
|---|---|---|---|---|
| 01-OCT-99 | HAND CARRIED BY M.PARKER | 01-OCT-99 | | 1 |

| STOCK NUMBER / DESCRIPTION | ORDERED | BACK ORD | SHIPPED | U/M | PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| TAC | 1 | 0 | 1 | EA | 13,012.80 | 13,012.80 |
| K974002-7010VH SPARE CLUTCH | | | | | | |
| SN 32 W51636375 XXXXXX HARD CARD IN PKG. XXXXXX HAND CARRIED BY M.PARKER XXXXXX | | | | | | |

*should be exchange price*
*$8,892.00*

*Arnie*
*(cost max 1516)*

| DIRECT INQUIRIES TO: | SUB-TOTAL | TAX | MISC. CHGS. | FREIGHT | TOTAL |
|---|---|---|---|---|---|
| K-MAX CORPORATION | 13,012.80 | 0.00 | 0.00 | 0.00 | 13,012.80 |

### THANK YOU FOR YOUR ORDER!

| ACCT NO | CUSTOMER ORDER NUMBER | INVOICE DATE | INVOICE NO | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|---|---|
| 22 | B.BURR REQ. | 01-OCT-99 | H220603 | 13,012.80 | |

BILL TO
Mountain West A/C #14
73 W 820 South
Orem UT
84058

REMIT TO
K-MAX CORPORATION
1332 BLUE HILLS AVE
BLOOMFIELD CT
06002

PLEASE RETU
THIS STUB W
YOUR PAYME
TO INSURE
PROPER CRE

### ORIGINAL INVOICE

FORM-USINV 11/94

MHVKAMAN 024

K-MAX Corporation
Bloomfield, CT 06002
(860) 243-7100

# KAMAN

| | |
|---|---|
| | Invoice No:  H220603 |
| TO:   Mountain West | Invoice Date:  10/01/1999 |
| 73 West 620 South | |
| Orem, UT 84058 | |
| | TERMS:  Due Upon Receipt of Invoice |

| | Description | Quantity | Price | Extension |
|---|---|---|---|---|
| | ** REVISED ** | | | |
| 1 | K974002-701 OVH Spare Clutch (S/N 32  W51636375) | 1 | 8,892.00 | $8,892.00 |
| | Total Due | | | $8,892.00 |

Please make check payable to:    "K-MAX Corporation"

and send to:

Robert M. Garneau
Kaman Corporation
P.O. Box 1
Bloomfield, CT 06002

MHVKAMAN 025

# INVOICE

K-MAX CORPORATION
1032 BLUE HILLS AVE
BLOOMFIELD CT
06002

**CUSTOMER ORDER NUMBER**

B.BURR REQ.

**B L T O:** Mountain West A/C #14
73 W 620 South
Orem UT
84058

**S H P O:** MOUNTAIN WEST HELICOPTERS
SPOKANE,WASHINGTON

THIS INVOICE AND THE TRANSACTION REPRESENTED BY THIS INVOICE IS SUBJECT TO ALL THE TERMS AND CONDITIO APPEARING ON REVERSE SIDE HEREOF INCLUDING ALL DISCLAIMERS OF WARRANTIES CONTAINED THEREIN. IN THE EVENT OF ANY CONFLICT BETWEEN THE TERMS CONDITIONS OF SALE APPEARING ON THIS INVOICE AND THE TERMS AND CONDITIONS OF THE CUSTOMERS PURCHASE ORDER, THE TERMS AND CONDITIONS OF THIS INVOICE WILL GOV

| TERMS | ACCOUNT NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|
| NET30 | 22 | 01-OCT-99 | H220603 |

| CUST. ORDER DATE | SHIP VIA | SHIP DATE | PAGE |
|---|---|---|---|
| 01-OCT-99 | HAND CARRIED BY M.PARKER | 01-OCT-99 | 1 |

| STOCK NUMBER / DESCRIPTION | ORDERED | BACK ORD | SHIPPED | U/M | PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| KAC | | | | | | |
| K974002-7010VH SPARE CLUTCH | 1 | 0 | 1 | EA | 13,012.80 | 13.012.8 |
| SN 32 W91636575 XXXXXX HARD CARD IN PKG. XXXXXX HAND CARRIED BY M.PARKER XXXXXX | | | | | | |

*Please credit*
*$4446.00*
*R Wadsworth 10/27/99*
*warranty*

H220628

*Gchange*

DIRECT INQUIRIES TO:

| | SUB-TOTAL | TAX | MISC. CHGS. | FREIGHT | TOTAL |
|---|---|---|---|---|---|
| | 13,012.80 | 0.00 | 0.00 | 0.00 | 13,012.8 |

K-MAX CORPORATION

THANK YOU FOR YOUR ORDER!

| ACC NO. | CUSTOMER ORDER NUMBER | INVOICE DATE | INVOICE NO. | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|---|---|
| 22 | B.BURR REQ. | 01-OCT-99 | H220603 | 13,012.80 | |

**B L T O:** Mountain West A/C #14
73 W 620 South
Orem UT
84058

**R M T T O:** K-MAX CORPORATION
1032 BLUE HILLS AVE
BLOOMFIELD CT
06002

PLEASE RETU
THIS STUB W
YOUR PAYME
TO INSURE
PROPER CRE

FORM-USINV. 11/96

ORIGINAL INVOICE

RECEIVED DATE : 10/11/99  15:10  FROM :

MHVKAMAN 026

# INVOICE

**KAMAN**

K-MAX CORPORATION
1332 BLUE HILLS AVE
BLOOMFIELD CT
06002

| CUSTOMER ORDER NUMBER |
|---|
| CREDIT TOWARD H220603 |

B
I
L
L
T
O

Mountain West A/C #14
73 W 620 South

Orem UT
84058

S
H
I
P
T
O

Mountain West A/C #14

73 W 620 South
Orem UT
84058

*** CREDIT MEMO ***

THIS INVOICE AND THE TRANSACTION REPRESENTED BY THIS INVOICE IS SUBJECT TO ALL THE TERMS AND CONDITION
APPEARING ON REVERSE SIDE HEREOF INCLUDING ALL DISCLAIMERS OF WARRANTIES CONTAINED THEREIN. IN THE EVENT OF ANY CONFLICT BETWEEN THE TERMS A
CONDITIONS OF SALE APPEARING ON THIS INVOICE AND THE TERMS AND CONDITIONS OF THE CUSTOMERS PURCHASE ORDER, THE TERMS AND CONDITIONS OF THIS INVOICE WILL GOVE

| TERMS | ACCOUNT NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|
| NET30 | 22 | 01-NOV-99 | H220628 |

| CUST. ORDER DATE | SHIP VIA | SHIP DATE | PAGE |
|---|---|---|---|
| 29-OCT-99 | NA | 01-NOV-99 | 1 |

| STOCK NUMBER / DESCRIPTION | ORDERED | BACK ORD | SHIPPED | U/M | PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| *** CREDIT MEMO *** | | CREDIT MEMO *** | | CREDIT MEMO *** | | |
| *** CREDIT MEMO *** | | CREDIT MEMO *** | | CREDIT MEMO *** | | |
| AAA | 0 | 0 | 1- EA | 4,446.00 | 4,446.00 |
| CREDIT_MISCELLANEOUS CREDIT | | | | | | |
| (CREDIT TOWARD CLUTCH ON INVOICE H220603 DATED 01-OCT-99) | | | | | | |

DIRECT INQUIRIES TO:

| SUB-TOTAL | TAX | MISC. CHGS. | FREIGHT | TOTAL |
|---|---|---|---|---|
| 0.00 | 0.00 | 4,446.00- | 0.00 | 4,446.00 |

K-MAX CORPORATION

## THANK YOU FOR YOUR ORDER!

| ACCT. NO. | CUSTOMER ORDER NUMBER | INVOICE DATE | INVOICE NO | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|---|---|
| 22 | CREDIT TOWARD H220603 | 01-NOV-99 | H220628 | 4,446.00- | |

B
I
L
L
T
O

Mountain West A/C #14
73 W 620 South

Orem UT
84058

R
E
M
I
T
T
O

K-MAX CORPORATION
1332 BLUE HILLS AVE
BLOOMFIELD CT
06002

PLEASE RETU
THIS STUB W
YOUR PAYME
TO INSURE
PROPER CRE

**ORIGINAL INVOICE**

FORM-USINV 11/94

MHVKAMAN 027

# EXHIBIT D



**MOUNTAIN WEST**

HELICOPTERS
A Limited Liability Company

January 6, 2000

K-MAX Customer Support
Bloomfield, CT  06002          VIA FAX 860-243-7047

RE:  Purchase Order 014-1

Dear Sirs:

Pursuant to the repair agreement dated December 28, 1999, Attachment E, relating to helicopter
S/N A94-014, I am placing an order for the following items:

All prices are as per the January 1, 1999 Price List

**Components**

| | | | |
|---|---|---|---|
| 1 ea. | K974002-101 | Main Transmission (Overhauled Exchange) | $109,772.50 |
| 1 ea. | K974004-101 | R/H Rotor Shaft and Housing (Overhauled Exchange) | $17,050.00 |
| 1 ea. | K974004-009 | L/H Rotor Shaft and Housing (Overhauled Exchange) | $17,050.00 |
| 1 set. | K911001-010 | R/H Main Rotor Blades (Overhauled Exchange) | $25,158.00 |
| 1 set. | K911001-010 | L/H Main Rotor Blades (Overhauled Exchange) | $25,158.00 |
| 1 ea. | K913001-003 | L/H Main Rotor Hub | $19,123.28 |
| 1 ea. | K913001-004 | R/H Main Rotor Hub | $19,123.28 |
| | | **Component Totals** | **$232,435.06** |

**Attachment E Other Parts**

| | | | |
|---|---|---|---|
| 1 ea. | K974188-005 | Blower Drive Shaft Assy | $2,099.16 |
| 1 ea. | K974187-011 | Blower Fan Drive Adapter | $562.73 |
| 1 ea. | K974186-011 | Txmn Fan Drive Adapter | $590.90 |
| 1 ea. | K974182-011 | Engine Output Adapter | $1,108.37 |
| 1 ea. | K974179-011 | Engine Adapter Bolt | $102.88 |
| 4 ea. | K910006-101 | Lag Pin Assy. | $4,282.24 |
| 4 ea. | K910012-011 | Lag Pin Nut | $1,192.56 |
| 4 ea. | K913006-005 | Lag Pin Sliding Bearing | $3,883.96 |
| 2 ea. | K910005-007 | Teeter Pin | $4,680.32 |
| 2 ea. | K913005-005 | Teeter Pin Sliding Bearing | $2,375.56 |
| | | **Parts Totals** | **$27,338.68** |

**Other Parts**

| | | | |
|---|---|---|---|
| 1 ea. | K933530-003 | Windshield Assy | $2,985.14 |

Please ship all small items via UPS Ground to:  Mountain West Helicopters
73 West 620 South
Orem, UT  84058

Please ship all large items via CF Freight to:  Mountain West Helicopters

73 West 620 South    Orem, Utah 84058    Ph (801) 222-9814    Fax (801) 222-0290

MHVKAMAN 574

Hold for Pickup-Terminal
Consolidate Freightways
Lindon. UT  84042
Notify on Arrial 222-9814

Payment for items ordered is covered by assignment from insurance proceeds and progress payments as outlined in the repair agreement.  Please do not send individual invoices to MWH and confuse the existing accounting records and systems.

Sincerely.

Bryan J. Burr
President