UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MOUNTAIN WEST HELICOPTER, LLC, LONG-LINE LEASING, LLC, HELOG AG and HELI-AIR ZAGEL LUFTTRANSPORT AG,<br>Plaintiffs,<br><br>vs.<br><br>KAMAN AEROSPACE CORP. and JOHN DOES I THROUGH V,<br>Defendants. | Civil No. 3:01CV1746(AVC) |

FILED
2005 MAY 26  P 4: 20

## ORDER OF REFERRAL FOR SETTLEMENT DISCUSSIONS

The above-identified case is hereby referred to the Honorable Donna F. Martinez, for purposes of settlement discussions. A settlement conference shall take place upon Judge Martinez's order.

It is so ordered this 26th day of May, 2005 at Hartford, Connecticut.

Alfred V. Covello
United States District Judge