# LAW OFFICES OF
# ROBERT S. YOUNG, L.C.
COUNSELORS AT LAW
800 McIntyre Building
68 South Main Street
SALT LAKE CITY, UTAH 84101
TELEPHONE: (801) 531-8300
FACSIMILE: (801) 359-7233

Robert S. Young

May 25, 2005

**Via Facsimile and Overnight Courier**

The Honorable Alfred V. Covello
United States District Court
450 Main Street
Hartford, CT 06103

Re: *Mountain West Helicopter v. Kaman*, Case no. 301 CV 1746 (AVC)

Dear Judge Covello:

I write to offer a personal apology for my unavailability during last week's scheduling conference and to provide an overdue explanation. Moreover, following the explanation, I will, respectfully, request that we revisit the scheduling issues.

I spent portions of Thursday, May 12, and Friday, May 13, in a local hospital attempting to determine the source of some unexplained pain in my lower left leg. A physician – neighbor directed me to that hospital's emergency room fearing that the cause of the pain might be a blood clot. Fortunately, following several tests, we ruled out the possibility of a blood clot. Although the pain continues and we still do not understand, precisely, the source, I am pleased and relieved to know my life is, apparently, not in danger. Nevertheless, my medical circumstances prevented me from going into the office on Friday, May 13, Monday, May 16, and Tuesday, May 17.

In addition, I had an appeal brief deadline on Thursday, May 19. To avoid the distractions inherent in the office, I worked away from the office on Wednesday, May 18. During that four-workday period out of the office, I checked my voice-mail messages only to learn that my voice mailbox had "filled-up" in my absence. The voice-mail technology at our office precludes us from retrieving those messages remotely when the voice mailbox is full, i.e., we can only retrieve those messages by coming into the office. When I came into the office, late Wednesday, May 18, I received Tim Diemand's Friday, May 13, voice-mail message, the Monday, May 16, voice-mail message from the court's chambers, and three voice-mail messages from Tim Bishop's office, my associate Connecticut Counsel, regarding the scheduling conference which, by then, had come and gone. Prior to late Wednesday, May 18, I knew nothing about a scheduling conference or any request for the same.

I now understand, as a result of the scheduling conference, we have a deadline,

3:01CV1746(AVC) May 26, 2005. Construed as a motion for extension of time, the motion is denied. The court has altered the case for settlement discussions to the Honorable Donna F. Martinez, U.S.M.J. order issued this day.
Alfred V. Covello, U.S.D.J.
SO ORDERED.