**UNITED STATED DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| MOUNTAIN WEST HELICOPTER, LLC, LONG-LINE LEASING, LLC, HELOG AG and HELI-AIR ZAGEL LEFTTRANSPORT AG,<br>    Plaintiffs, | :<br>:<br>:<br>:<br>:<br>: |
| vs. | : Civil No. 3:01 CV 1746 (AVC)<br>: |
| KAMAN AEROSPACE CORP. and JOHN DOES I THROUGH V,<br>    Defendants. | :<br>:<br>: JUNE 2, 2005 |

**MOTION FOR RECONSIDERATION**

Pursuant to L. Civ. R. 7(c) the Plaintiffs move that the Court reconsider its May 26, 2005 decision to deny Plaintiffs' motion for extension of time. Plaintiffs' motion for extension of time is incorporated in the letter dated May 25, 2005 (Attached). Plaintiffs' original motion requested that the mediation scheduled on June 6, 2005, the depositions scheduled June 8 and 9 and the trial scheduled to commence on June 10, 2005 be extended. Other than the original motion, this is the first request to extend these dates. Defendants' counsel does not consent to the extension.

This case can only be tried by Attorney Robert Young. His offices are out of Salt Lake City, Utah. As his original letter/motion for extension states, Attorney Young recently suffered health problems and had pending deadlines that precluded him from being aware of and participating in the scheduling conference and from preparing for trial. In addition, the Defendants has been apprised, from Defendants' interrogatory number seven, that expert testimony is expected, in that experts must determine the fair market value of the helicopter. The Plaintiffs have yet to retain experts necessary to testify as to this issue at trial.

Further, it is difficult for the Plaintiffs and the necessary witnesses from Europe to arrange a flights on such short notice to appear at Court in Connecticut on the scheduled mediation, deposition and trial dates on such short notice.

1

In the interests of justice the Plaintiffs respectfully request that the mediation, deposition and trial dates be extended so that Plaintiffs' counsel can adequately prepare.

In the alternative, the Plaintiffs request that the trial date be extended and the mediation date be rescheduled for either June 8, 9, or 10 so that the mediation can more closely coincide with the deposition dates.  This will allow Plaintiffs' counsel and the necessary witnesses to suffer less of a hardship when traveling and appearing in Connecticut.

If the Court wishes, Attorney Young can be available for a telephone conference with the Court and opposing parties to better explain the issues he faces.

THE PLAINTIFFS

BY          _____

Michael S. Casey
Bishop, Jackson & Kelly, LLC
80 Ferry Boulevard, Suite 103
Stratford, CT  06615
Telephone No.:  (203) 386-1282
Federal Bar No.:  ct25116

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed or sent by electronic transmission this date to all counsel of record and pro se parties as follows:

Timothy A. Diemand
Wiggin and Dana, LLP
One City Place
185 Asylum Street
Hartford, CT 06103

Robert S. Young
800 McIntyre Building
68 South Main Street
Salt Lake City, Utah 84101

_____
Michael S. Casey