UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

MOUNTAIN WEST HELICOPTERS, LLC,: 
LONG-LINE LEASING, LLC,           :
HELOG AG and HELI-AIR ZAGEL       :
LUFTTRANSPORT AG,                 :
                                   :
           Plaintiffs,    :
                                   :
vs.                                :
                                   :    CASE NO. 3:01-CV-1746 (AVC)
KAMAN AEROSPACE CORPORATION       :
and JOHN DOES I THROUGH V,         :    June 3, 2005
                                   :
           Defendants.    :

## DEFENDANT KAMAN AEROSPACE CORPORATION'S OPPOSITION TO PLAINTIFFS' MOTION FOR RECONSIDERATION

Kaman Aerospace Corporation respectfully (and strongly) objects to Plaintiffs' June 2, 2005 Motion for Reconsideration. Plaintiffs' counsel offers no good reason for the Court to overturn its previous order denying plaintiffs' request to modify or extend the present schedule. The early June trial date was set over one month ago (and was already moved from June 2 to June 10). Plaintiffs' June 8 and 9 depositions were noticed one month ago. The June 6 settlement conference was scheduled over two weeks ago. Plaintiffs should not be allowed to continue delaying proceedings and ignoring Court deadlines. For example, plaintiffs still have not complied with the Court's Pretrial Order (even though the Pretrial Order was issued on April 11 and the date for compliance was extended from May 11 to May 25). Plaintiffs also have not complied with Judge Martinez's Settlement Conference Order (plaintiffs did not make a settlement demand by

the June 1 deadline nor, as we understand, did they submit a settlement conference memorandum by the June 2 deadline).

Respectfully submitted,

**DEFENDANT
KAMAN AEROSPACE CORPORATION**

By: _____
Timothy A. Diemand (ct 18075)
Aaron D. Singer (ct25515)
Wiggin and Dana LLP
One CityPlace
Hartford, CT 06103-3402
ph. (860) 297-3700
fax (860) 525-9380
e-mail tdiemand@wiggin.com
          asinger@wiggin.com

2

**CERTIFICATION**

This is to certify that a copy of the foregoing was sent by facsimile and first class mail this 3rd day of June, 2005, to:

Robert S. Young, Esq.
Law Offices of Robert S. Young
800 McIntyre Building
68 South Main Street
Salt Lake City, UT 84101

Timothy A. Bishop, Esq.
Bishop & Jackson, LLC
80 Ferry Blvd., Suite 103
Stratford, CT 06615

_____
Timothy A. Diemand

\14658\2\535619.1