UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MOUNTAIN WEST HELICOPTER, LLC, LONG-LINE LEASING, LLC, HELOG AG and HELI-AIR ZAGEL LEFTTRANSPORT AG,<br>    Plaintiffs,<br><br>vs.<br><br>KAMAN AEROSPACE CORP. and JOHN DOES I THROUGH V,<br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: Civil No. 3:01 CV 1746 (AVC)<br>:<br>:<br>:<br>: JUNE 2, 2005 |

### MOTION FOR RECONSIDERATION

Pursuant to L. Civ. R. 7(c) the Plaintiffs move that the Court reconsider its May 26, 2005 decision to deny Plaintiffs' motion for extension of time. Plaintiffs' motion for extension of time is incorporated in the letter dated May 25, 2005 (Attached). Plaintiffs' original motion requested that the mediation scheduled on June 6, 2005, the depositions scheduled June 8 and 9 and the trial scheduled to commence on June 10, 2005 be extended. Other than the original motion, this is the first request to extend these dates. Defendants' counsel does not consent to the extension.

This case can only be tried by Attorney Robert Young. His offices are out of Salt Lake City, Utah. As his original letter/motion for extension states, Attorney Young recently suffered health problems and had pending deadlines that precluded him from being aware of and participating in the scheduling conference and from preparing for trial. In addition, the Defendants has been apprised, from Defendants' interrogatory number seven, that expert testimony is expected, in that experts must determine the fair market value of the helicopter. The Plaintiffs have yet to retain experts necessary to testify as to this issue at trial.

Further, it is difficult for the Plaintiffs and the necessary witnesses from Europe to arrange a flights on such short notice to appear at Court in Connecticut on the scheduled mediation, deposition and trial dates on such short notice.

[Handwritten margin annotation:]
3:01CV1746(AVC) June 3, 2005 The motion for reconsideration is GRANTED. The bench trial will not take place on June 10, 2005. The court will set a new date for trial in an order which shall be issued within the next week. The settlement conference shall take place in accordance with Judge Martinez's orders on Wednesday June 15, 2005. SO ORDERED.
Alfred V. Covello, U.S.D.J.

1