# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT, HARTFORD

| | |
|---|---|
| MOUNTAIN WEST HELICOPTERS, LLC, a Utah Limited Liability Company; LONG-LINE LEASING, LLC, a Utah Limited Liability Company; HELOG AG, a Foreign Corporation; and HELI-AIR ZAGEL LUFTTRANSPORT AG, a foreign corporation,<br><br>Plaintiffs,<br><br>v.<br><br>KAMAN AEROSPACE CORPORATION, a Delaware corporation and JOHN DOES I through V,<br><br>Defendants. | <br><br>Case No. 301 CV 1746 (AVC)<br><br>July 30, 2005 |

**PLAINTIFFS' MOTION SEEKING: (1) CONSOLIDATION, FOR TRIAL, OF THE ISSUES OF LIABILITY AND DAMAGES; (2) THEREAFTER, THE SETTING OF AN APPROPRIATE SCHEDULING ORDER; AND (3) RECONSIDERATION, AFTER ORAL ARGUMENT, OF THE COURT'S RULING ON THE APPLICATION OF THE COLLATERAL SOURCE RULE TO THESE FACTS**

Pursuant to Rules 7 and 42 Fed.R.Civ.P, and as more fully articulated in the memorandum filed contemporaneously herewith, plaintiffs, Mountain West Helicopters, LLC, Long-Line Leasing, LLC, Helog AG and Heli-Air Zagel Lufttransport AG, through counsel, move the court for an order: (1) Consolidating, for Trial, of the Issues of Liability and Damages; (2) Thereafter, Setting an Appropriate Scheduling Order; and (3) Reconsidering, After Oral Argument, the Court's Ruling on the Application of the Collateral Source Rule to These Facts.

DATED: July 30, 2005.

The Law Offices of Robert S. Young, L.C.

_____
Robert S. Young (ct 21935)
800 McIntyre Building
68 South Main Street
Salt Lake City, UT 84101
Tel. (801) 531-8300
Fax (801) 359-7233
rsyavrlaw@hotmail.com

## CERTIFICATE OF SERVICE

I certify that on July 30, 2005, I caused to be filed with the court and served upon the individuals identified below, in the manner stated, the foregoing PLAINTIFFS' MOTION SEEKING: (1) CONSOLIDATION, FOR TRIAL, OF THE ISSUES OF LIABILITY AND DAMAGES; (2) THEREAFTER, THE SETTING OF AN APPROPRIATE SCHEDULING ORDER; AND (3) RECONSIDERATION, AFTER ORAL ARGUMENT, OF THE COURT'S RULING ON THE APPLICATION OF THE COLLATERAL SOURCE RULE TO THESE FACTS. The original, via first-class mail postage prepaid, to "be filed with the court within a reasonable time after service," as contemplated by Rule 5(d) Fed.R.Civ.P., and addressed to:

> Clerk of the Court
> 450 Main Street
> Hartford, CT 06103

And one copy each, via both facsimile and first class mail, postage prepaid addressed to:

| | | |
|---|---|---|
| Judge Alfred V. Covello<br>c/o Nola Droney<br>450 Main Street<br>Hartford, CT 06103<br>(860) 240-2694 | Tim Bishop, Esq.<br>Michael R. Casey, Esq.<br>BISHOP & JACKSON<br>80 Ferry Blvd.<br>Stratford, CT 06615<br>(Via First-Class Mail Only) | Timothy A. Diemand, Esq.<br>Aaron Singer, Esq.<br>WIGGIN & DANA<br>One City Place<br>185 Asylum Street<br>Hartford, CT 06103-3402<br>(860) 525-9380 |

_____

C:\Documents and Settings\Robert S. Young\My Files\Mt. West v. Kaman\Motion to Consolidate Liability and Damages (Motion).730.wpd

2