UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
MOUNTAIN WEST HELICOPTER,      :
LLC, LONG-LINE LEASING, LLC,   :
HELOG AG and HELI-AIR ZAGEL    :
LUFTTRANSPORT AG,              :
   Plaintiffs,                 :
                               :
vs.                            : Civil No. 3:01CV1746(AVC)
                               :
KAMAN AEROSPACE CORP. and      :
JOHN DOES I THROUGH V,         :
   Defendants.                 :
```

### SCHEDULING ORDER

(1)  <u>All</u> discovery on the issue of liability, including depositions of <u>all</u> witnesses, shall be completed by February 7, 2006;

(2)  the party having the burden of proof on an issue shall designate all trial experts and provide opposing counsel with reports from retained experts on or before October 7, 2005 and depositions of any such experts shall be completed by November 7, 2005;

(3)  the party having not having the burden of proof shall designate all trial experts and provide opposing counsel with reports from retained experts on or before December 7, 2005, and depositions of any such experts shall be completed by January 7, 2006;

(6)  all motions, except motions in limine incident to a trial, shall be filed on or before March 6, 2006;

(7)  the parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on April 3, 2006;

(8)  the case shall be ready for trial by May 4, 2006.

It is so ordered this 7th day of September, 2006 at Hartford, Connecticut.

_____/s/_____
Alfred V. Covello, U.S.D.J.

1

Case 3:01-cv-01746-AVC    Document 97    Filed 09/08/2005    Page 2 of 2