

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

MOUNTAIN WEST HELICOPTERS, LLC,:
LONG-LINE LEASING, LLC,
HELOG AG and HELI-AIR ZAGEL
LUFTTRANSPORT AG,

    Plaintiffs,

vs.

KAMAN AEROSPACE CORPORATION
and JOHN DOES I THROUGH V,

    Defendants.

CASE NO. 3:01-CV-1746 (AVC)

September 30, 2005

### KAMAN AEROSPACE CORPORATION'S MOTION FOR ENFORCEMENT OF SANCTION AWARD

Kaman Aerospace Corporation ("Kaman") respectfully moves the Court for an order compelling plaintiffs to comply with the Court's February 11, 2005 sanction award. In support of this motion, Kaman states as follows:

1. On July 1, 2004, the Court issued an order directing the parties to complete discovery on the issue of damages by August 6, 2004.

2. Having received no documents in response to its discovery requests as of December 23, 2004, in spite of repeated efforts, Kaman moved the Court, in part, to compel plaintiffs' to produce all responsive documents by a date certain.

3. By order dated February 11, 2005 (Exh. A hereto), the Court directed plaintiffs to produce all outstanding documents and also awarded Kaman expenses associated with having to make the motion to compel.

4. On February 16, 2005, Kaman supplied plaintiffs' counsel with a statement of the expenses incurred by Kaman (Exh. B hereto).

*[Handwritten margin annotation:]* 3:01CV1746(AVC) October 31, 2005. As the sanction award has been satisfied, the motion for enforcement of sanction award is DENIED as moot. SO ORDERED. Alfred V. Covello, U.S.D.J.