UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

MOUNTAIN WEST HELICOPTERS, LLC,: 
LONG-LINE LEASING, LLC, :
HELOG AG and HELI-AIR ZAGEL :
LUFTTRANSPORT AG, :
   :
       Plaintiffs, :
   :
vs. :
   :   CASE NO. 3:01-CV-1746 (AVC)
KAMAN AEROSPACE CORPORATION :
and JOHN DOES I THROUGH V, :   January 12, 2006
   :
Defendants. :

**MOTION FOR EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. Rule 6(b), Kaman Aerospace Corporation ("Kaman") respectfully moves for a brief extension of time, from January 13, 2006 to January 31, 2006, in which to respond to plaintiffs' requests for admissions, interrogatories, and requests for production dated December 15, 2005. Pursuant to Local Rule 7(b)(1)(b), the Clerk is empowered to grant initial motions for extensions of time, not to exceed 30 days, with regard to the date for serving responses to discovery requests. In spite of reasonable efforts, counsel for Kaman has been unable to confer with plaintiffs' counsel concerning this motion.

WHEREFORE, Kaman respectfully requests that the Court extend the time for serving responses to plaintiffs' discovery up to and including January 31, 2006.

Respectfully submitted,

Timothy A. Diemand (ct 18075)
Aaron Singer (ct 25515)
Wiggin and Dana LLP
One CityPlace
185 Asylum Street
Hartford, CT 06103-3402
Tel. (860) 297-3700
Fax (860) 525-9380
tdiemand@wiggin.com
asinger@wiggin.com

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing Motion for Extension of Time was sent by facsimile and first class mail, postage prepaid, on this 12th day of January, 2006 to:

Robert S. Young, Esq.
Law Offices of Robert S. Young, L.C.
800 McIntyre Building
68 South Main Street
Salt Lake City, UT 84101

Timothy A. Bishop, Esq.
Bishop & Jackson, LLC
80 Ferry Blvd., Suite 103
Stratford, CT 06615

                                                 Aaron Singer