UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MOUNTAIN WEST HELICOPTERS, LLC,: <br> LONG-LINE LEASING, LLC, <br> HELOG AG and HELI-AIR ZAGEL <br> LUFTTRANSPORT AG, <br>                   Plaintiffs, <br> vs. <br> KAMAN AEROSPACE CORPORATION <br> and JOHN DOES I THROUGH V, <br>                   Defendants. | CASE NO. 3:01-CV-1746 (AVC) <br><br> March 15, 2006 |

## MOTION TO MODIFY CASE SCHEDULE

Defendant Kaman Aerospace Corporation respectfully moves on behalf of (and with the consent of) all parties for a slight modification in the case schedule. The parties have been working diligently to streamline the case in advance of the May 2006 trial. The parties recently agreed to enter a stipulation not to contest liability, thereby significantly limiting the matters in dispute. In addition, the parties plan on taking the remaining depositions in March. As the Court may recall, this case involves plaintiffs located in Utah and Europe and plaintiffs' counsel is a solo practicioner in Utah. Therefore, in order to accommodate plaintiffs and have just one trip to Connecticut, the parties have been able to schedule all of the remaining depositions (fact and expert) to take place in Connecticut from March 15-22.

As a result, the parties request that the date for filing dispositive motions be moved from March 6 to March 24. The parties also agree to a compressed briefing schedule (with opposition papers filed by April 7 and any reply by April 14). Therefore, the net effect of the requested

extension is to extend the date by which dispositive motions will be fully briefed by just eight days.

The parties also request that the date for filing the joint pretrial report be moved two weeks (from April 3 to April 14) to coincide with the briefing schedule.

**DEFENDANT**
**KAMAN AEROSPACE CORPORATION**

By: _____
Timothy A. Diemand (ct 18075)
Aaron D. Singer (ct 25515)
Wiggin and Dana LLP
One CityPlace
Hartford, CT 06103-3402
ph. (860) 297-3700
fax (860) 525-9380
tdiemand@wiggin.com
asinger@wiggin.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent by first class mail this 15th day of March, 2006, to:

Robert S. Young, Esq.
Law Offices of Robert S. Young, L.C.
800 McIntyre Building
68 South Main Street
Salt Lake City, UT 84101

Timothy A. Bishop, Esq.
Michael Casey, Esq.
Bishop & Jackson, LLC
80 Ferry Blvd., Suite 103
Stratford, CT 06615

_____
Timothy A. Diemand

\14658\2\583097.1