UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2006 MAR 15 P 3:37

DISTRICT COURT

| | |
|---|---|
| MOUNTAIN WEST HELICOPTERS, LLC,: <br> LONG-LINE LEASING, LLC, <br> HELOG AG and HELI-AIR ZAGEL <br> LUFTTRANSPORT AG, <br><br> Plaintiffs, <br><br> vs. <br><br> KAMAN AEROSPACE CORPORATION <br> and JOHN DOES I THROUGH V, <br><br> Defendants. | CASE NO. 3:01-CV-1746 (AVC) <br><br> March 15, 2006 |

## MOTION TO MODIFY CASE SCHEDULE

Defendant Kaman Aerospace Corporation respectfully moves on behalf of (and with the consent of) all parties for a slight modification in the case schedule. The parties have been working diligently to streamline the case in advance of the May 2006 trial. The parties recently agreed to enter a stipulation not to contest liability, thereby significantly limiting the matters in dispute. In addition, the parties plan on taking the remaining depositions in March. As the Court may recall, this case involves plaintiffs located in Utah and Europe and plaintiffs' counsel is a solo practicioner in Utah. Therefore, in order to accommodate plaintiffs and have just one trip to Connecticut, the parties have been able to schedule all of the remaining depositions (fact and expert) to take place in Connecticut from March 15-22.

As a result, the parties request that the date for filing dispositive motions be moved from March 6 to March 24. The parties also agree to a compressed briefing schedule (with opposition papers filed by April 7 and any reply by April 14). Therefore, the net effect of the requested

*[Margin annotation:] The scheduling order is modified as set forth in the within motion. The motion is GRANTED. 3:01CV1746(AVC) March 20, 2006. SO ORDERED.*