UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MOUNTAIN WEST HELICOPTERS, LLC,: <br> LONG-LINE LEASING, LLC, <br> HELOG AG and HELI-AIR ZAGEL <br> LUFTTRANSPORT AG, <br><br> Plaintiffs, <br><br> vs. <br><br> KAMAN AEROSPACE CORPORATION <br> and JOHN DOES I THROUGH V, <br><br> Defendants. | CASE NO. 3:01-CV-1746 (AVC) <br><br> March 24, 2006 |

**KAMAN AEROSPACE CORPORATION'S
<u>MOTION FOR SUMMARY JUDGMENT</u>**

Pursuant to Fed. R. Civ. P. 56, Defendant Kaman Aerospace Corporation ("Kaman") hereby moves for summary judgment. This lawsuit centers around separate accidents involving two helicopters Plaintiffs purchased from Kaman. Both helicopters were involved in accidents that Plaintiffs claim were caused by the failure of a clutch assembly replaced shortly before the accidents. Plaintiffs' hull losses were covered by insurance. In this action, Plaintiffs seek to recover their insurance deductibles and the incidental and consequential economic losses allegedly suffered as a result of the accidents.

The parties have completed discovery and Kaman has stipulated that it will not contest liability. Therefore, only three issues remain: (1) whether Plaintiffs are barred from recovering economic damages; (2) if Plaintiffs' economic damages are recoverable, whether the damages were proximately caused by the accidents; and (3) the amount of the damages.

There is no genuine issue of material fact on the threshold (and now dispositive) question of whether Plaintiffs can recover the economic damages they seek and Kaman is entitled to

entitled to summary judgment for three separate reasons. First, the documentary evidence and testimony conclusively establishes that Kaman's standard terms and conditions, including the exclusion of implied warranties and disclaimer of liability for economic losses, governed Plaintiffs' purchases of the replacement clutches at issue. Second, the course of dealing between Plaintiffs and Kaman reveals a consistent exclusion of liability for economic losses. As Plaintiffs acknowledged, Kaman has never reimbursed them for such losses. For years, Plaintiffs have conducted numerous transactions with Kaman subject to Kaman's standard terms and conditions of sale. Finally, custom and usage within the commercial helicopter industry uniformly excludes manufacturer liability to commercial customers for economic losses.

Respectfully submitted,

**DEFENDANT**
**KAMAN AEROSPACE CORPORATION**

By: _/s/ Timothy A. Diemand_
Timothy A. Diemand (ct 18075)
Aaron Singer (ct 25515)
Wiggin and Dana LLP
One CityPlace
Hartford, CT 06103-3402
ph. (860) 297-3700
fax (860) 525-9380
e-mail  tdiemand@wiggin.com
        asinger@wiggin.com

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing Kaman Aerospace Corporation's Motion for Summary Judgment was mailed, postage prepaid, this 24th day of March, 2006, to:

Robert S. Young, Esq.
Law Offices of Robert S. Young, L.C.
800 McIntyre Building
68 South Main Street
Salt Lake City, UT 84101

Timothy A. Bishop, Esq.
Michael Casey, Esq.
Bishop & Jackson, LLC
80 Ferry Blvd., Suite 103
Stratford, CT 06615

　　　　　　　　　　　　　　　　　　/s/ Timothy A. Diemand
　　　　　　　　　　　　　　　　　　Timothy A. Diemand