UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MOUNTAIN WEST HELICOPTERS, LLC,:<br>LONG-LINE LEASING, LLC,<br>HELOG AG and HELI-AIR ZAGEL<br>LUFTTRANSPORT AG,<br><br>        Plaintiffs,<br><br>vs.<br><br>KAMAN AEROSPACE CORPORATION<br>and JOHN DOES I THROUGH V,<br><br>        Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: CASE NO. 3:01-CV-1746 (AVC)<br>:<br>: March 24, 2006<br>:<br>: |

### NOTICE OF MANUAL FILING

PLEASE TAKE NOTICE THAT the defendant Kaman Aerospace Corporation has manually filed the Exhibits to Kaman Aerospace Corporation's Local Rule 56(A)(1) Statement.

The Exhibits have not been filed electronically because the electronic file size of the document exceeds 1.5mb. The Exhibits have been manually served on all parties.

DEFENDANT
KAMAN AEROSPACE CORPORATION

By: _/s/ Timothy A. Diemand_

Timothy A. Diemand (ct 18075)
Aaron Singer (ct 25515)
Wiggin and Dana LLP
One CityPlace
Hartford, CT 06103-3402
ph. (860) 297-3700
fax (860) 525-9380
tdiemand@wiggin.com
asinger@wiggin.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Notice of Manual Filing was mailed, postage prepaid, this 24th day of March, 2006, to:

Robert S. Young, Esq.
Law Offices of Robert S. Young, L.C.
800 McIntyre Building
68 South Main Street
Salt Lake City, UT 84101

Timothy A. Bishop, Esq.
Michael Casey, Esq.
Bishop & Jackson, LLC
80 Ferry Blvd., Suite 103
Stratford, CT 06615

_____
Timothy A. Diemand

\14658\2\584861.1