UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

MOUNTAIN WEST HELICOPTERS, LLC,: \
LONG-LINE LEASING, LLC, \
HELOG AG and HELI-AIR ZAGEL \
LUFTTRANSPORT AG,

        Plaintiffs,

vs.

        CASE NO. 3:01-CV-1746 (AVC)

KAMAN AEROSPACE CORPORATION \
and JOHN DOES I THROUGH V,     April 17, 2006

Defendants.

## MOTION FOR EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. Rule 6(b), Kaman Aerospace Corporation ("Kaman") respectfully moves for a brief extension of time, from April 14, 2006 to April 19, 2006, in which to file a reply in support of its March 24, 2006 Motion for Summary Judgment. Plaintiffs' counsel consents to this motion.

Due to a delay in the receipt of deposition transcripts, plaintiffs could not file their opposition to Kaman's motion, which had been due on April 7, 2006, until April 12, 2006. Plaintiffs' counsel alerted Kaman's counsel to this issue and Kaman's counsel consented to the requested extension. Therefore, because Plaintiffs' opposition was received on April 12, 2006 (five days after the April 7 due date), Kaman needs a short extension to prepare its reply.

WHEREFORE, Kaman respectfully requests that the Court extend the time for filing of a reply memorandum of law in support of Kaman's Motion for Summary Judgment to April 19, 2006.

                          Respectfully submitted,

                          Timothy A. Diemand (ct 18075)
                          Aaron Singer (ct 25515)
                          Wiggin and Dana LLP
                          One CityPlace
                          185 Asylum Street
                          Hartford, CT 06103-3402
                          Tel. (860) 297-3700
                          Fax (860) 525-9380
                          tdiemand@wiggin.com
                          asinger@wiggin.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Unopposed Motion for Extension of Time was sent by facsimile and first class mail, postage prepaid, on this 17th day of April, 2006 to:

Robert S. Young, Esq.
Law Offices of Robert S. Young, L.C.
800 McIntyre Building
68 South Main Street
Salt Lake City, UT 84101

Timothy A. Bishop, Esq.
Bishop & Jackson, LLC
80 Ferry Blvd., Suite 103
Stratford, CT 06615

_____
Aaron Singer