UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MOUNTAIN WEST HELICOPTERS, LLC

V.

                              Case Number:   3:01cv1746 (AVC)

LONG-LINE LEASING, LLC, ET AL

NOTICE TO COUNSEL
--------------------

    The above-entitled case was reported to the Court on April 20, 2006 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

    Accordingly, an order of dismissal will be entered on **May 20, 2006** unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

    Dated at Hartford, Connecticut, April 20, 2006.


                        KEVIN F. ROWE, CLERK

                        By: ___/s/_____
                            Fidelis Basile
                            Deputy Clerk