# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

2006 APR 17 ＇ ゚ 1: 3ᵀ

MOUNTAIN WEST HELICOPTERS, LLC,:
LONG-LINE LEASING, LLC,      :
HELOG AG and HELI-AIR ZAGEL  :
LUFTTRANSPORT AG,          :

                 Plaintiffs,   :

vs.                       :         CASE NO. 3:01-CV-1746 (AVC)

KAMAN AEROSPACE CORPORATION  :
and JOHN DOES I THROUGH V,    :     April 17, 2006

                          :

Defendants.             :

## MOTION FOR EXTENSION OF TIME

      Pursuant to Fed. R. Civ. P. Rule 6(b), Kaman Aerospace Corporation ("Kaman") respectfully moves for a brief extension of time, from April 14, 2006 to April 19, 2006, in which to file a reply in support of its March 24, 2006 Motion for Summary Judgment. Plaintiffs' counsel consents to this motion.

      Due to a delay in the receipt of deposition transcripts, plaintiffs could not file their opposition to Kaman's motion, which had been due on April 7, 2006, until April 12, 2006. Plaintiffs' counsel alerted Kaman's counsel to this issue and Kaman's counsel consented to the requested extension. Therefore, because Plaintiffs' opposition was received on April 12, 2006 (f     days after the April 7 due date), Kaman needs a short extension to prepare its reply.

3:06CV582(AVC) April 25, 2006. GRANTED. The defendants shall have to and including April 19, 2006, to file a reply memorandum of law in support of their motion for summary judgment.
SO ORDERED.

Alfred V. Covello, U.S.D.J.