```
                    UNITED STATES DISTRICT COURT

                      DISTRICT OF CONNECTICUT

MOUNTAIN WEST HELICOPTERS, LLC,:
                               :
      Plaintiff,               :
                               :    CASE NO. 3:01CV1746(AVC)
v.                             :
                               :
                               :
LONG-LINE LEASING, LLC, ET AL  :
                               :
      Defendants.              :
```

## J U D G M E N T

On April 20, 2006, counsel reported that this case had been settled. The parties were ordered to submit closing papers on or before May 20, 2006, and were informed that the action would be dismissed if closing papers were not filed on or before that date. As of today, no closing papers have been filed. Accordingly, this action is hereby dismissed with prejudice but without costs.

So ordered.

Dated at Hartford, Connecticut this     day of June, 2006.

                                       _____
                                            Alfred V. Covello
                                       United States District Judge